1
2
3
4                      UNITED STATES DISTRICT COURT

5                          DISTRICT OF NEVADA

6                                  * * *

7   UNITED STATES OF AMERICA,                 Case No. 2:16-cr-00046-GMN-PAL

8                                 Plaintiff,   **ORDER GRANTING LEAVE TO ALLOW**
                                               **THE COORDINATING DISCOVERY**
9        v.                                    **ATTORNEY TO FILE STATUS**
                                               **REPORTS UNDER SEAL ON CM/ECF**
    CLIVEN D. BUNDY,
10  MELVIN D. BUNDY,
    DAVID H. BUNDY,
11  BLAINE COOPER,
    GERALD DELEMUS,
12  O. SCOTT DREXLER,
    RICHARD R. LOVELIEN,
13  STEVEN A. STEWART,
    TODD C. ENGEL,
14  GREGORY P. BURLESON,
    JOSEPH D. O'SHAUGHNESSY,
15  MICAH L. McQUIRE, and
    JASON D. WOODS,
16
                                Defendant.S.
17

18       THIS MATTER has come before this Court upon the request of the court-appointed

19  Coordinating Discovery Attorney, Russell M. Aoki of Aoki Law PLLC, for an order granting

20  him leave to file his monthly status reports under seal electronically on the Court's CM/ECF

21  program.   The direct electronic filing of Mr. Aoki's status reports will reduce resources in

22  distributing his monthly reports to the Court.  Therefore, this Court hereby grants Mr. Aoki leave

23  to file his status reports **under seal** using CM/ECF, and instructs the Court Clerk's Office to

24  provide Mr. Aoki access for filing of his status reports.

25       DATED this 2nd day of May, 2016.

26

27                                            _____
                                              PEGGY A. LEEN
28                                            UNITED STATES MAGISTRATE JUDGE

                                        1