**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN RASMUSSEN, LLC**
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 385-5533
joelh@hrnvlaw.com
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

                Plaintiff(s),

v.

CLIVEN D. BUNDY

                Defendant.

Case No.:
2:16-CR-00046-GMN-PAL-1

**MOTION FOR LEAVE TO FILE SUPPLEMENT TO DEFENDANT CLIVEN BUNDY'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISQUALIFY JUDGE GLORIA NAVARRO UNDER 28 U.S.C. §144**

Comes now, Defendant Cliven Bundy, and moves this Court pursuant to Local Rule LR 7-2(g) for leave to file the pleading entitled: DEFENDANT CLIVEN BUNDY'S AMENDED AND SUPERSEDING MOTION TO DISQUALIFY JUDGE GLORIA NAVARRO AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISQUALIFY JUDGE GLORIA NARRAVARO UNDER 28 U.S.C. §144 AND/OR REQUEST FOR VOLUNTARY RECUSAL; AND RENEWED MOTION FOR PRO HACE VICE STATUS FOR LARRY KLAYMAN.

Mr. Hansen must apologize to the Court, because his brand new Federal Court Rule Book does not set forth a Rule LR 7-2(g). It ends at 2 (f). Nevertheless, the Defendant represents to the Court that the original Motion to Disqualify was prepared and filed in some haste, and, over the

weekend, and on further reflection, Defense Counsel realized that some basic changes needed to be made in the motion to remove some fairly severe language and make the assertions in the Motion more reasonable.

For instance, the assertion that "Senator Harry Reid and his son Rory Reid have had a high priority for years to steal the Bundy's land" was edited to say "Senator Harry Reid and his son Rory Reid have been implicated in numerous internet articles as having a personal financial interest . . . ." And so forth.  The Court will note a considerable change in the tone of the language in the body of the Motion, which Counsel felt was necessary in reviewing the Motion over the weekend.  Also, there were assertions of fact which were made in the original Motion which, upon further research, were found to be outdated or erroneous.  For example, the assertion that "U.S. Senator Harry Reid has called upon the Office of the District Attorney for Clark County to prosecute Bundy and his family assertion" was found to be overstating the case, because what the news stories actually reflected was that "U.S. Senator Harry Reid spoke with Attorney General Eric Holder, FBI leaders and **Clark County Sheriff Doug Gillespie**. Reid said he understands there is a task force being set up to deal with Bundy, and Gillespie is involved as well."

Other corrections needed to be made in the factual assertions of the original brief, and Mr. Hansen made those because he strives to be accurate and the information he was relying upon in the original brief proved to be somewhat erroneous, and Mr. Hansen has striven in the Amended and Superseding Motion to correct those errors.

/ / /

/ / /

/ / /

/ / /

For these reasons, Defendant Bundy requests this Court to grant leave under LR7-2(g) to file the Amended and Superseding Motion, etc., as set forth above.  A copy of the proposed Motion is attached hereto and incorporated herein by reference.

Dated: May 24, 2016

Respectfully submitted,
/s/ Joel F. Hansen, Esq.
**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN RASMUSSEN, LLC**
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 385-5533
joelh@hrnvlaw.com
Attorney for Defendant

/s/ Larry Klayman, Esq.
Larry Klayman, Esq.
Washington, D.C. Bar No. 334581
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Of Counsel
*(Pro Hac Vice Application Pending)*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2016, I electronically filed the foregoing MOTION FOR LEAVE TO FILE SUPPLEMENT TO  DEFENDANT CLIVEN BUNDY'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISQUALIFY JUDGE GLORIA NAVARRO UNDER 28 U.S.C. §144 with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to opposing counsel registered on CM/ECF.

/s/ Joel F. Hansen, Esq.
**JOEL F. HANSEN, ESQ.**