**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN RASMUSSEN, LLC**
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 385-5533
joelh@hrnvlaw.com
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

                Plaintiff(s),

  v.

CLIVEN D. BUNDY

                Defendant.

Case No.:
2:16-CR-00046-GMN-PAL-1

## MOTION FOR LEAVE TO FILE RENEWED MOTION FOR PRO HAC VICE STATUS FOR LARRY KLAYMAN

The Court has stated in its minute order that Rule LR 1A 11--2(f) provide 14 days to comply with the provisions of the rule. Mr. Klayman has been attempting to comply with the provisions of the Rule, however, there is nothing in the rule which Counsel is aware of with which Mr. Klayman has not complied.  The Court has not pointed out the provision with which Mr. Klayman has not complied. Further, the rule in question does not say that there must be a renewed Motion within 14 days. It says: "In criminal cases, an attorney must comply with all provisions of this rule within 14 days of his or her first appearance. In addition, the defendant(s) must execute designation(s) of retained counsel bearing the signature of both the attorney appearing pro hac vice and the associated resident attorney. The designation(s) must be filed and served within the same 14-day period.

- 1 -

All of this was complied with within the 14 days, leaving Counsel at a loss as to what the Court is referring. Wherefore, it is respectfully requested that the Court reconsider its order refusing to allow Mr. Klayman to appear pro hac vice for Mr. Bundy. The Court's order is a denial of Mr. Bundy's right to counsel as protected by the 6th Amendment and it has also prejudiced his right to a speedy trial

Dated: May 24, 2016

Respectfully submitted,

/s/ Joel F. Hansen, Esq.
**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN RASMUSSEN, LLC**
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 385-5533
joelh@hrnvlaw.com
Attorney for Defendant

Larry Klayman, Esq.
Washington, D.C. Bar No. 334581
Suite 800
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
*(Pro Hac Vice Application Pending)*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 24, 2016, I electronically filed the foregoing MOTION FOR LEAVE TO FILE RENEWED MOTION FOR PRO HAC VICE STATUS FOR LARRY KLAYMAN with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to opposing counsel registered on CM/ECF.

                          /s/ Joel F. Hansen
                          Joel F. Hansen, Esq.