1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
BEFORE THE HONORABLE GLORIA M. NAVARRO
CHIEF DISTRICT COURT JUDGE

```
UNITED STATES OF AMERICA,      :
                               :
     Plaintiff,                :
                               :No. 2:16-CR-00046-GMN-PAL-1
   vs.                         :
                               :
CLIVEN D. BUNDY,               :
                               :
     Defendant.                :
                               :
```

TRANSCRIPT OF MOTION HEARING

May 25, 2016

Las Vegas, Nevada


FTR No. 7D/20160525 @ 9:39 a.m.


Transcribed by:      Donna Davidson, CCR, RDR, CRR
                     (775) 329-0132
                     dodavidson@att.net


(Proceedings recorded by electronic sound recording, transcript produced by mechanical stenography and computer.)

TRANSCRIBED FROM DIGITAL RECORDING

2

1        A P P E A R A N C E S

2

3    FOR THE PLAINTIFF:

4    Steven W. Myhre
     Nadia Janjua Ahmed
5    Nicholas D. Dickinson
     Erin Creegan
6    UNITED STATES ATTORNEY'S OFFICE
     333 Las Vegas Boulevard South
7    Las Vegas, Nevada 89101
     Steven.Myhre@usdoj.gov
8    nadia.ahmed@usdoj.gov
     nicholas.dickinson@usdoj.gov
9

10   FOR THE DEFENDANT:

11   Joel F. Hansen
     HANSEN RASMUSSEN
12   1835 Village Center Circle
     Las Vegas, Nevada 89134
13   (702) 385-5533
     Fax: (702) 382-8891
14   lisab@hrnvlaw.com

15
     PRETRIAL SERVICES:
16   Zach Bowen

17

18

19

20

21

22

23

24

25

1    LAS VEGAS, NEVADA, MAY 25, 2016, 9:39 A.M.

2                          --oOo--

3                      P R O C E E D I N G S

4

5         COURTROOM ADMINISTRATOR:  All rise.

6         THE COURT:  Thank you.  You may be seated.

7         COURTROOM ADMINISTRATOR:  This is the time set

8    for the motion hearing in Case No. 2:16-cr-46-GMN-PAL,

9    United States of America versus Cliven Bundy.

10        Counsel, please make your appearances for the

11   record.

12        MR. MYHRE:  Good morning, Your Honor.  Steve

13   Myhre, Erin Creegan, Nadia Ahmed, and Nicholas Dickinson on

14   behalf of the United States.

15        THE COURT:  All right.  Well, good morning,

16   Mr. Myhre, Ms. Creegan, Ms. Ahmed, and Mr. Dickinson.

17        MR. HANSEN:  Good morning, Your Honor.  Joel

18   Hansen for Mr. Bundy.

19        THE COURT:  Good morning, Mr. Hansen.  Good

20   morning, Mr. Bundy.

21        All right.  We continued the detention hearing,

22   or the appeal of the detention hearing, from a couple of

23   weeks ago because there was oral motion made by the

24   defense.  The Court gave the defense some time, as

25   requested, to be able to obtain whatever evidence was

1   necessary to be able to provide a formal written motion.
2           There was a schedule that was set.  The schedule
3   was met timely.  The defense did file a motion.  There was
4   a response filed, and the Court has entered an order
5   denying that motion.
6           So at the last hearing I also went ahead and
7   permitted everyone to argue regarding the appeal of the
8   detention so we wouldn't have to prepare again for today.
9   And everybody has provided the information and submitted
10  the case.
11          So the Court has considered the parties' briefs,
12  oral arguments, and the factors in Title 18 of the United
13  States Code, Section 3142(g).
14          The Court also noted the original presumption
15  was not erased when a defendant offers evidence to rebut
16  it.  The presumption does remain in the case.  And it is an
17  evidentiary finding that goes against release.  But it is
18  weighed with the other evidence factors relevant to
19  3142(g).
20          The Court finds by a preponderance of the
21  evidence that no conditions or combination of conditions
22  will reasonably assure the appearance of the person as
23  required and that there is a serious risk that the
24  defendant will flee.
25          And further the Court finds by clear and

1   convincing evidence that no condition or combination of
2   conditions will reasonably assure the safety of the persons
3   or the community.
4          More specifically, as to the risk of
5   nonappearance, the Court finds that the defendant has been
6   alleged to defy the federal court orders for over 20 years.
7   He abides by the law selectively, shows no remorse for his
8   disobedience of court orders and resides in an isolated
9   area with body guards willing to confront law enforcement.
10         His family ties and letters of support do not
11   provide good faith assurances that he will appear for the
12   Court and comply with Court orders and conditions.
13         He's facing four 924(c) counts which provides
14   for a sentence of over 80 years if convicted.  And he
15   admits that he does not recognize federal jurisdiction or
16   authority which provides a basis to believe that he would
17   not willingly appear.
18         There's overwhelming weight of the evidence
19   bearing on the indicia of reliability.  There are photos,
20   recordings, et cetera, that have been provided.  And he has
21   consistently failed to abide by numerous orders issued by
22   this same particular court, the District of Nevada.
23         The defendant also does not provide a good faith
24   assurance to the Court that future orders will be respected
25   nor that he will comply.

TRANSCRIBED FROM DIGITAL RECORDING

6

1    As to the danger of the community, the defendant
2  was alleged to have recruited gunmen to assault law
3  enforcement, use threats of force to prevent law
4  enforcement from enforcing court orders, was willing to
5  cause injury or loss of life to others for its own
6  financial benefit.  He was pledged to use force and
7  violence to prevent any future law enforcement action.
8    His family ties and letters of support do not
9  mitigate his threat to law enforcement and anyone
10 associated with the law enforcement.
11    And he is a leader, organizer, and primary
12 beneficiary of the conspiracy charged in the complaint
13 demonstrating that he will do what it takes even at the
14 cost of substantial injury to persons in the community.
15    Accordingly, Mr. Bundy, you are hereby ordered
16 detained pending trial.  And you will be committed to the
17 custody of the US Marshal Service for confinement in a
18 correction facility separate to the extent practicable from
19 persons awaiting or serving sentences with reasonable
20 opportunity for private consultation with counsel.
21    And if you wish to appeal pursuant to Title 18
22 of the United States Code, Section 3145(c), I'm advising
23 you now that you have 30 days to file your appeal.
24    And if you cannot afford an attorney the Court
25 will appoint one for you.  And if you cannot afford a copy

TRANSCRIBED FROM DIGITAL RECORDING

7

1  of the transcript or other documents that are necessary to
2  complete your appellate process, they will be made
3  available to you at the government's expense.
4          So that concludes the hearing for this morning.
5  Thank you for your patience in coming in.
6          And Court is in recess.
7          COURTROOM ADMINISTRATOR:  Off record.  All rise.
8      (The proceedings concluded at 9:44 a.m.)
9                        *   *   *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DONNA DAVIDSON     (775) 329-0132

8

1                              -o0o-

2      I certify that the foregoing is a correct

3      transcript from the electronic sound recording

4      of the proceedings in the above-entitled matter.

5

6      _____*Donna Davidson*_____          ___6/10/16___

7      Donna Davidson                          Date