UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CLIVEN BUNDY, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:16-cr-00046-GMN-PAL<br><br>**ORDER**<br><br>(Mots. for Joinder – Dkt. ##453, 457, 463, 473, 490, 499, 500) |

This matter is before the Court on Defendants Peter T. Santilli, Jr., Ammon E. Bundy, Joseph D. O'Shaughnessy, Blaine Cooper, Cliven D. Bundy, Jason D. Woods, and Micah L. McGuire's Motions for Joinder (Dkt. ##453, 457, 463, 473, 490, 499, 500) to Defendant Ryan W. Payne's Motion to Compel Electronic Access to Legal Materials and the Ability to Communicate Telephonically with Defense Counsel in a Confidential Manner (Dkt. #442). These Motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules of Practice. The Government filed a Response (Dkt. #517) opposing Defendant Payne's Motion, and incorporating its arguments to the requests for joinders. To avoid serial motions on the same issue, the Court finds good cause to grant these joinder requests, and hereby does so. The Government need not file separate responses to joinders unless the joinders raise new or different arguments than the motion for which the request to join is granted.

Accordingly,

**IT IS ORDERED:** Defendants Peter T. Santilli, Jr., Ammon E. Bundy, Joseph D. O'Shaughnessy, Blaine Cooper, Cliven D. Bundy, Jason D. Woods, and Micah L. McGuire's Motions for Joinder (Dkt. ##453, 457, 463, 473, 490, 499, 500) are GRANTED. The Government shall not be required to file separate responses to the joinders, and its Response

1  (Dkt. #517) to Defendant Ryan W. Payne's Motion to Compel Electronic Access to Legal
2  Materials and the Ability to Communicate Telephonically with Defense Counsel in a
3  Confidential Manner (Dkt. #442) shall serve as its responses to the Defendants granted leave to
4  join.

5  Dated this 14th day of June, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2