UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>CLIVEN D. BUNDY,<br><br>　　　　　　　Defendant. | Case No.: 2:16-cr-046-GMN-PAL<br><br>**ORDER** |

Pending before the Court is Defendant Cliven D. Bundy's Request that the Time for Filing the Notice of Appeal be Extended. (ECF No. 549).  Defendant submits this request in response to an Order by the Court of Appeals for the Ninth Circuit explaining that Defendant's Notice of Appeal was not timely filed under Federal Rule of Appellate Procedure 4(b)(1)(A). *See* Order at 1, *United States v. Bundy*, No. 16-10264 (9th Cir. June 17, 2016).  The Ninth Circuit remanded the case to this Court "to provide [Defendant] notice and an opportunity to request that the time for filing the notice of appeal be extended . . . upon a finding of excusable neglect or good cause." (*Id.*).

For good cause appearing, the Court finds that Defendant's time for appeal shall be extended an additional thirty days from the fourteen-day time prescribed by Rule 4(b) to file a Notice of Appeal.  Defendant filed his Notice of Appeal on June 16, 2016 (ECF No. 533), which is within the time herein extended.  Accordingly,

**IT IS SO ORDERED** that Defendant's Notice of Appeal (ECF No. 533) is **timely**.

The Clerk of the Court shall send a copy of this Order to the Ninth Circuit.

**DATED** this  21  day of June, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court