UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00046-GMN-PAL |
| Plaintiff, | ORDER |
| v. | (Motion for Joinder – ECF Nos. 683) |
| CLIVEN D. BUNDY, | |
| Defendant. | |

Before the court is Defendant Cliven D. Bundy's Motion for Joinder (ECF No. 683) to Defendant Peter T. Santilli's Motion to Continue Case Management Rule 12 Motions and Notices Deadline by 30 Days (ECF No. 672).  On September 28, 2016, Santilli filed a Motion to Withdraw (ECF No. 689) his Motion to Continue (ECF No. 672), which was granted October 4, 2016.  On September 29, 2016, the court held a hearing on counsel for Defendant Cliven Bundy's Motion to Withdraw (ECF No. 675), during which the court orally approved a two week extension of time for counsel to file motions.  *See* Mins. of Proceedings (ECF No. 693).  Accordingly,

**IT IS ORDERED** that Defendant Cliven D. Bundy's Motion for Joinder (ECF No. 683) is:

1. **DENIED in part** as to joinder because Santilli's Motion to Continue (ECF No. 672) has been withdrawn.

2. **GRANTED in part** to the extent that Defendant Cliven D. Bundy's case management deadlines are extended until **October 17, 2016**.

DATED this 4th day of October, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1