

FILED

OCT 18 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 16-10303 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:16-cr-00046-GMN |
| v. | District of Nevada, Las Vegas |
| CLIVEN D. BUNDY, AKA Cliven Bundy, | ORDER |
| Defendant-Appellant. | |

On July 29, 2016, and August 30, 2016, this court ordered appellant, within 21 days, to file a motion for voluntary dismissal of the appeal or show cause, in writing, why it should not be dismissed for lack of jurisdiction, and for lack of a timely notice of appeal.

Appellant was warned that failure to comply with the court's orders would result in the automatic dismissal of the appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1; Gen. Order 2.3.

To date, appellant has not complied with the court's orders.

Accordingly, this appeal is dismissed for failure to prosecute. *See id*.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

Don Lewis/Deputy Clerk

DL/AppComm Direct Criminal