DANIEL G. BOGDEN
United States Attorney
District of Nevada
STEVEN W. MYHRE
NICHOLAS D. DICKINSON
Assistant United States Attorneys
NADIA J. AHMED
ERIN M. CREEGAN
Special Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
steven.myhre@usdoj.gov
nicholas.dickinson@usdoj.gov
nadia.ahmed@usdoj.gov
erin.creegan@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-00046-GMN-PAL |
| Plaintiff, | |
| v. | **GOVERNMENT'S UNOPPOSED MOTION FOR CLARIFICATION REGARDING PRETRIAL MOTION RESPONSE DEADLINE** |
| CLIVEN D. BUNDY, | |
| Defendant. | |

**CERTIFICATION: This Motion is timely filed.**

The United States, by and through the undersigned, respectfully submits its Unopposed Motion for Clarification Regarding Motion Response Deadline.

On September 29, 2016, United States Magistrate Judge Leen presided over a hearing regarding Joel Hansel, defendant Cliven D. Bundy's counsel of record's Motion to Withdraw. ECF No. 693. In the course of this hearing, the Court granted

1  Mr. Bundy a two-week extension of time to file pretrial motions. *Id.* The original
2  motion deadline, October 3, 2016, was accordingly extended to October 17, 2016.

   On October 21, 2016, Judge Leen presided over a confirmation of counsel hearing regarding Cliven D. Bundy's new counsel. ECF No. 906. During this hearing, the government moved for an extension of time to file responses to Cliven Bundy's pretrial motions filed by the October 17, 2016 deadline. *Id.*; *see also* ECF Nos. 889, 891 and 892. The Court granted the government's request. However, the Minutes of Proceeding reflect only that the government requested an extension of time to file a response to the defense counsel's Motion to Withdraw as Attorney (ECF No. 675) and that an extension had been granted, moving the deadline to November 4, 2016. ECF No. 906.

   Government counsel consulted with Bret Whipple, counsel of record or Cliven Bundy, who confirmed that his understanding was in accord with the government's regarding the Court's ruling granting the government a two-week extension to file its responses to Cliven Bundy's motion. Defense counsel further indicated that he does not oppose the instant motion.

/////
/////
/////
/////
/////
/////

**WHEREFORE**, the government respectfully requests that the Court enter an order clarifying that the government's response deadline to Cliven Bundy's motions to dismiss is November 16, 2016. This date reflects a two-week extension reciprocal to the two-week extension of time that Mr. Bundy was granted to file his pretrial motions. Attached hereto is a proposed order granting the government's motion and setting the government's response dates, accordingly.

**DATED** this 1st day of November, 2016.

Respectfully,

DANIEL G. BOGDEN
United States Attorney

*//s//*
_____
STEVEN W. MYHRE
NICHOLAS D. DICKINSON
Assistant United States Attorneys
NADIA J. AHMED
ERIN M. CREEGAN
Special Assistant United States Attorneys

Attorneys for the United States

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office.  A copy of the foregoing **GOVERNMENT'S UNOPPOSED MOTION FOR CLARIFICATION REGARDING PRETRIAL MOTION RESPONSE DEADLINE** was served upon counsel of record, via Electronic Case Filing (ECF).

DATED this 1st day of November, 2016.

*/s/ Steven W. Myhre*
_____
STEVEN W. MYHRE
Assistant United State Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-00046-GMN-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| CLIVEN D. BUNDY, | |
| Defendant. | |

After considering Government's Unopposed Motion for Clarification Regarding Pretrial Motion Response Deadline, the Court hereby finds:

1. That the Court extended Cliven Bundy's pretrial motion deadline from October 3, 2016, to October 17, 2016.

2. That the Court extended the government's response to Cliven Bundy's pretrial motion deadline from November 2, 2016, by two weeks, pursuant to the government's request in open court on October 21, 2016.

THEREFORE, IT IS HEREBY ORDERED that the Government's Unopposed Motion for Clarification is GRANTED and that the government's deadline to respond to defendant Cliven D. Bundy's Pretrial Motions ECF Nos. 889, 891 and 892 is November 16, 2016.

DATED this __3rd__ day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE