UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00046-GMN-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot for Case Conf – ECF Nos. 998, 1001) |
| RYAN W. PAYNE, | |
| Defendant. | |

Before the court is Defendant Ryan W. Payne's Motion Requesting Case Management Conference (ECF Nos. 998, 1001). In separate orders the court set certain case management deadlines for the defendants who will be tried beginning on February 6, 2017, and denied the motion to extend time to file supplements to motions to sever. The court has reviewed the motion and the Motions for Joinder (ECF Nos. 999, 1003, 1005, 1007, 1008, 1009, 1010, 1013, 1016, 1019, 1023, 1025, 1026, 1027).

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. Defendant Ryan W. Payne's Motion Requesting Case Management Conference (ECF Nos. 998, 1001) is **GRANTED, but denied with respect to the request for an extension of the deadline to file a supplement to the motion to sever**.
2. A Case Management Conference is scheduled for **December 9, 2016, at 9:30 a.m., in Courtroom 7D.**
3. The Motions for Joinder (ECF Nos. 999, 1003, 1005, 1007, 1008, 1009, 1010, 1013, 1016, 1019, 1023, 1025, 1026, 1027) are **GRANTED**.

/ / /

/ / /

4. At the hearing the court will hear oral argument on:

    a. All Motions to Sever (ECF Nos. 429/456, 451, 460, 462, 465, 467, 469, 470, 472, 474, 477, 493, 550, 561, 566);

    b. Payne's Motion to Strike Surplusage (ECF No. 718);

    c. Payne's Motion for Order Transferring (ECF No. 750);

    d. Payne's Motions to Dismiss (ECF Nos. 710, 711, 712, 754, 757);

    e. Dave Bundy's Motion to Dismiss (ECF Nos. 746);

    f. Santilli's Motions to Dismiss (ECF Nos. 702, 703);

    g. Ammon Bundy's Motion to Dismiss (ECF No. 833);

    h. Cliven Bundy's Motions to Dismiss (ECF Nos. 891, 892).

DATED this 29th day of November, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE