FILED

DEC 13 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re:  CLIVEN D. BUNDY,

_____

CLIVEN D. BUNDY, AKA Cliven Bundy,

        Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,

        Respondent,

UNITED STATES OF AMERICA,

        Real Party in Interest.

No.   16-72275

D.C. No. 2:16-cr-00046-GMN-PAL-1
District of Nevada,
Las Vegas

ORDER

Before: W. FLETCHER, GOULD, and BYBEE, Circuit Judges.

    Judges W. Fletcher and Bybee have voted to deny Bundy's petition for rehearing.  Judge Gould voted to grant Bundy's petition.

    The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc.  Fed. R. App. P. 35.

Bundy's petition for rehearing and petition for rehearing en banc, filed November 10, 2016, is DENIED.