# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CLIVEN D. BUNDY, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:16-cr-00046-GMN-PAL <br><br> **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE LEEN** |

Before the Court for consideration is the Report and Recommendation, (ECF No. 1182), of the Honorable Peggy A. Leen, United States Magistrate Judge, entered December 22, 2016.

Pursuant to Local Rule IB 3-2(a), objections were due by January 5, 2017. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Leen's recommendation that Defendant Cliven D. Bundy's ("Defendant's") Motion to Dismiss, (ECF No. 891), be denied. Therefore, the Court has determined that Magistrate Judge Leen's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation, (ECF No. 1182), is **ACCEPTED and ADOPTED in full**. Defendant's Motion to Dismiss, (ECF No. 891), is **DENIED**.

**DATED** this __12__ day of January, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court