UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>   v.<br><br>CLIVEN D. BUNDY,<br><br>                     Defendant. | Case No. 2:16-cr-00046-GMN-PAL<br><br>ORDER<br><br>(Mot. Intervene – ECF No. 1509) |

Before the court is Intervenor, The Las Vegas Review Journal's Motion to Intervene (ECF No. 1509). Having reviewed and considered the matter,

**IT IS ORDERED** that Intervenor, The Las Vegas Review Journal's Motion to Intervene (ECF No. 1509) is **GRANTED**, and Intervenor may separately file the Motion for Immediate Public Access which is attached as Exhibit A to the Motion to Intervene.

DATED this 14th day of February, 2017.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE