FILED

UNITED STATES COURT OF APPEALS

MAR 10 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  CLIVEN BUNDY. _____ CLIVEN BUNDY, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS, Respondent, UNITED STATES OF AMERICA, Real Party in Interest. | No.    17-70700 D.C. No. 2:16-cr-00046-GMN-PAL-1 District of Nevada, Las Vegas ORDER |

Before:  W. FLETCHER, GOULD, and BYBEE, Circuit Judges.

The request to have this petition assigned to a new panel is denied.  *See* 9th Cir. G.O. 3.6(d).

The emergency motion to expedite (Docket Entry No. 2) is granted.  Within 10 days after the date of this order, the real party in interest shall file an answer to the petition for a writ of mandamus.

SLL/MOATT

The district court, within 10 days after the date of this order, may address the petition if it so desires.  The district court may elect to file an answer with this court or to issue a supplemental order and serve a copy on this court.

Petitioner may file a reply within 3 days after service of the answer(s).

The Clerk shall serve this order on the district court and District Judge Navarro.