UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: CLIVEN BUNDY, <br> _____ <br> CLIVEN BUNDY, <br>     Petitioner, <br> v. <br> UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS, <br>     Respondent, <br> UNITED STATES OF AMERICA, <br>     Real Party in Interest. | No.  17-70700 <br><br> D.C. No. <br> 2:16-cr-00046-GMN-PAL-1 <br> District of Nevada, <br> Las Vegas <br><br> ORDER |

Before: W. FLETCHER, GOULD, and BYBEE, Circuit Judges.

The real party in interest, the Unites States of America, is directed to file a response to the petition for rehearing en banc filed with this court on April 3, 2017. The response shall not exceed fifteen pages or 4,200 words, and shall be filed within seven (7) days of the filed date of this order.

The district court, within seven (7) days of this order, may address the petition if it so desires. The district court may elect to file an answer with this court or to issue a supplemental order and serve a copy on this court.

Parties who are registered for Appellate ECF must file the brief electronically without submission of paper copies. Parties who are not registered Appellate ECF filers must file the original response.

The Clerk shall serve this order on this district court and Chief District Judge Gloria M. Navarro.