
UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: CLIVEN BUNDY, _____ CLIVEN BUNDY,         Petitioner, v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,         Respondent, UNITED STATES OF AMERICA,         Real Party in Interest. | No. 17-70700 D.C. No. 2:16-cr-00046-GMN-PAL-1 District of Nevada, Las Vegas ORDER |

Before: W. FLETCHER, GOULD, and BYBEE, Circuit Judges.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

Bundy's petition for rehearing en banc, filed April 3, 2017, is DENIED.