BRET O. WHIPPLE, ESQ
Nevada Bar Number 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, Nevada 89104
(702) 731-0000
*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| THE UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO.: 2:16-cr-00046-GMN-PAL-1 |
| vs. | |
| CLIVEN D. BUNDY, | **DEFENDANT CLIVEN D. BUNDY'S MOTION TO JOIN RYAN PAYNE'S MOTION ECF NO. 2306** |
| Defendant. | |

Certification: This Motion is Timely Filed.

 Defendant, CLIVEN D. BUNDY, by and through Bret O. Whipple, Esq., of Justice Law Center, hereby moves this Court for an Order to allow Cliven D. Bundy to join the pending Motion Regarding Trial Schedule, Pending Motions, and Discovery (ECF 2306).

 DATED this 24th day of August, 2017.

**JUSTICE LAW CENTER**

  /S/ Bret O. Whipple
Bret O. Whipple, Esq.
Nevada Bar No. 6168
1100 S. Tenth Street
Las Vegas, Nevada 89104

JUSTICE LAW CENTER
Tel (702) 731-0000 Fax (702) 974-4008

## CERTIFICATION OF SERVICE

I hereby certify that on the 24th day of August, 2017 a true and correct copy of the foregoing Motion to Join ECF No. 2306 was delivered via E-filing to:

DANIEL BOGDEN
 United States Attorney

STEVEN MYHRE
First Assistant United States Attorney

NICHOLAS DICKINSON
Assistant United States Attorney

NADIA AHMED
Assistant United States Attorney

ERIN M. CREEGAN
Assistant
United States Attorney

501 Las Vegas Blvd. South, Suite 1100
 Las Vegas, NV 89101


    /S/ Tatum Wehr___
An Employee of Justice Law Center

JUSTICE LAW CENTER
Tel (702) 731-0000 Fax (702) 974-4008

2