STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
Nevada Bar No. 9635
NADIA J. AHMED
DANIEL R. SCHIESS
Assistant United States Attorneys
ERIN M. CREEGAN
Special Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
(702) 388-6336
steven.myhre@usdoj.gov
nadia.ahmed@usdoj.gov
dan.schiess@usdoj.gov
erin.creegan@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY,<br>RYAN W. PAYNE,<br>PETER T. SANTILLI,<br>ERIC J. PARKER, and<br>O. SCOTT DREXLER,<br><br>Defendants. | 2:16-CR-00046-GMN-PAL<br><br>**GOVERNMENT'S NOTICE OF SUMMARY EXHIBITS** |

**CERTIFICATION:**  The government certifies that the following notice set forth herein is timely made.

The United States, by and through the undersigned, hereby informs the defendants that in the trial commencing October 10, 2017, it may call the following

Case 2:16-cr-00046-GMN-PAL   Document 2535   Filed 09/26/17   Page 2 of 3

witnesses in order to admit the following summary exhibits, all pursuant to Federal Rule of Evidence 1006.

1. Special Agent Willis will introduce two summary exhibits that draw on multiple sources of evidence in order to establish a visual/photographic timeline of the events of April 9, 2014 an April 12, 2014.

2. Special Agent Simkins will introduce a summary exhibit that draws on multiple sources and will depict a count of the number of guns in the Wash during the events of April 12, 2014 and chart the positions of the guns at various times in the Wash.

3. Special Agent Seyler will also introduce multiple summary telephone exhibits which show the contacts of individual defendants with all persons during the course of the conspiracy, as well as timing and frequency of contacts between defendants and other co-conspirators. Agent Seyler will also introduce integrated summaries which show a timeline of key communications between defendants and co-conspirators across different media, including Facebook and phone calls.

DATED this 26th day of September, 2017.

Respectfully,

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Steven W. Myhre*
_____
NADIA J. AHMED
DANIEL R. SCHIESS
Assistant United States Attorneys
ERIN M. CREEGAN
Special Assistant United States Attorney

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **GOVERNMENT'S NOTICE OF SUMMARY EXHIBITS** was served upon counsel of record, via Electronic Case Filing (ECF).

DATED this 26th day of September, 2017.

*/s/ Steven W. Myhre*
_____
STEVEN W. MYHRE
Acting United States Attorney