BRET O. WHIPPLE, ESQ
Nevada Bar Number 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, Nevada 89104
(702) 731-0000
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY,<br><br>Defendant. | CASE NO.: 2:16-cr-00046-GMN-PAL-1<br><br>**<u>DEFENDANT CLIVEN D. BUNDY'S MOTION FOR JOINDER TO ECF NO. 2513</u>** |

  Defendant, CLIVEN D. BUNDY, by and through his counsel, Bret O. Whipple, Esq. of Justice Law Center, hereby moves this Court for an Order to allow Cliven D. Bundy to join the Defendant Eric J. Parker's Motion ECF No. 2513.

  DATED this 27th day of September, 2017.

                **JUSTICE LAW CENTER**

                 /S/ Bret O. Whipple
                Bret O. Whipple, Esq.
                Nevada Bar No. 6168

1

Bundy hereby incorporates the points and authorities and arguments presented in Defendant's aforementioned motion, and respectfully requests leave to join the motion in order to conserve judicial resources and time.

DATED this 27th day of September, 2017.

**JUSTICE LAW CENTER**

/S/ Bret O. Whipple
Bret O. Whipple, Esq.
Nevada Bar No. 6168

JUSTICE LAW CENTER
Tel (702) 731-0000 Fax (702) 974-4008

## CERTIFICATION OF SERVICE

I hereby certify that on the 27th day of September, 2017, a true and correct copy of the foregoing Motion to Join Doc 2513 was delivered via E-filing to:

DANIEL BOGDEN
United States Attorney

STEVEN MYHRE
First Assistant United States Attorney

NICHOLAS DICKINSON
Assistant United States Attorney

NADIA AHMED
Assistant United States Attorney

ERIN M. CREEGAN
Assistant
United States Attorney

501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101

                                                    /S/ Tatum Wehr
                                        An Employee of Justice Law Center

JUSTICE LAW CENTER
Tel (702) 731-0000 Fax (702) 974-4008

3