BRET O. WHIPPLE, ESQ
Nevada Bar Number 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, Nevada 89104
(702) 731-0000
*Counsel for Defendant*

JUSTICE LAW CENTER
Tel (702) 731-0000 Fax (702) 974-4008

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY,<br><br>　　　　　　　　　Defendant. | CASE NO.: 2:16-cr-00046-GMN-PAL-1<br><br>**DEFENDANT CLIVEN D. BUNDY'S<br>STATEMENT OF THE CASE** |

　　　Defendant, CLIVEN D. BUNDY, by and through his counsel, Bret O. Whipple, Esq., of Justice Law Center, hereby files the Statement of The Case as ordered and required by this Court's Order ECF No. 2332.

　　　DATED THIS 27th day of September, 2017.

　　　　　　　　　　　　　　　　　　　　　**JUSTICE LAW CENTER**

　　　　　　　　　　　　　　　　　　　　　/s/ Bret O. Whipple, Esq.
　　　　　　　　　　　　　　　　　　　　　Bret O. Whipple, Esq.
　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 6168

## STATEMENT OF THE CASE

This case arises out of out of events which occurred at Bundy Ranch in Clark County, Nevada in April of 2014. At that time, the Bureau of Land Management ("BLM") attempted to engage in an "impoundment" operation to seize hundreds of cattle owned by Cliven D. Bundy, which grazed upon land in Clark County, Nevada. The impoundment operation involved multiple law enforcement entities. In response to these actions, civil and political protests began to take place near the Bundy Ranch site and attract national attention. Individuals from Nevada and numerous other States in the Union began to travel to Bundy Ranch to protest what they believed to be unjust and/or unlawful Federal activities. Many individual protestors carried firearms. The United States has accused Cliven D. Bundy of leading a conspiracy to assault Federal Officers. Bundy contends that he engaged in no criminal conspiracy, that individual protestors each came for their own reasons and acted in accord with their own conscience, and that the BLM ultimately released the cattle due to a campaign of media and political pressure, rather than as a result of any unlawful conduct done by Bundy.

DATED THIS 28th day of September, 2017.

**JUSTICE LAW CENTER**

/s/ Bret O. Whipple, Esq.
Bret O. Whipple, Esq.
Nevada Bar No. 6168
JUSTICE LAW CENTER
Las Vegas, Nevada 89104
(702) 731-0000

## CERTIFICATION OF SERVICE

I hereby certify that on the 28th day of September, 2017, a true and correct copy of the foregoing Statement of the Case was delivered via E-filing to:

DANIEL BOGDEN
United States Attorney

STEVEN MYHRE
First Assistant United States Attorney

NICHOLAS DICKINSON
Assistant United States Attorney

NADIA AHMED
Assistant United States Attorney

ERIN M. CREEGAN
Assistant
United States Attorney

501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101

                                           /S/ Tatum Wehr
                                      An Employee of Justice Law Center