BRET O. WHIPPLE, ESQ.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 South Tenth Street
Las Vegas, Nevada 89104
Tel: (702) 731-0000
Fax: (702) 974-4008
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> CLIVEN BUNDY, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | CASE NO.:  2:16-cr-00046 |

### CLIVEN D. BUNDY'S MOTION TO EXTEND TIME TO FILE MOTIONS IN LIMINE AND FOR LEAVE TO SUPPLEMENT EXHIBIT AND WITNESS LIST UNTIL OCTOBER 2, 2017

COMES NOW, Defendant, CLIVEN BUNDY, by and through his attorney of record, BRET O. WHIPPLE, ESQ., of JUSTICE LAW CENTER, and hereby submits the following Motion to Extend Time to File Motions in Limine and For Leave to Supplement Exhibit and Witness List until October 3, 2017.

This motion is made and based upon the pleadings and papers on file herein and any

oral argument presented at the time of hearing.

DATED this 28th day of September, 2017.

**JUSTICE LAW CENTER**

/S/  Bret Whipple
Bret O. Whipple, Esq.
Nevada Bar No. 6168
1100 S. Tenth Street
Las Vegas, Nevada 89104
(702) 731-0000

## **MEMORANDUM OF POINTS AND AUTHORITIES**

As this Court is aware, undersigned counsel was required to file a non-discretionary motion to withdraw (ECF No. 2502) after receiving notice that Defendant Bundy previously sought to terminate his services. During this time period, communication and cooperation with the client was severely diminished, interrupting undersigned counsel and the client's ability to coordinate regarding the upcoming trial and pre-trial deadlines. This matter came before this Court on a hearing on September 27, 2017. At that hearing, the Court denied the motion to withdraw and instead indicated it would appoint undersigned counsel to continue to represent defendant Bundy at trial. Upon being appointed to continue representation of Bundy, undersigned counsel has worked diligently to meet the pre-trial deadlines set by this Court. Specifically, undersigned counsel has filed ECF Numbers 2543, 2544, 2545, 2546, which are respectively, each joinders to other motions in limine previously filed. Counsel has filed Bundy's Statement of the Case, ECF No. 2554, has filed an Opposition to the United States' Motion in Limine, ECF No. 2555, and has already filed one motion in limine, ECF No.2557.

However, given the disruption of the attorney-client relationship which immediately preceded the Court's September 28, 2017 deadlines, Defendant Bundy now respectfully requests that this Court grant him an extension of time for the filing of pre-trial Motions in Limine and

for leave to supplement his exhibit and witness lists. As explained to the Court at the hearing on September 27, 2017, there was a serious disruption caused in undersigned counsel's representation of Bundy from approximately September 20, 2017 through September 27, 2017. In light of those issues, counsel requests a very brief extension until October 2, 2017, which represents an extension of two court days (four days, including the weekend). No party will be prejudiced by this brief extension, and any additional motions in limine and/or supplements to the exhibit or witness list would be submitted to the Court prior to the Calendar Call of October 3, 2017.

## CONCLUSION

Respectfully, Defendant Bundy asks this Court to grant the present motion and allow him to file additional motions in limine, and to supplement his exhibit and witness list, through the date of October 2, 2017, given the fact that counsel's status as far as trial representation of Bundy was disrupted and resolved by this Court on September 27, 2017.

DATED this 28th day of September, 2017.

    JUSTICE LAW CENTER
    /S/ Bret Whipple
    Bret O. Whipple, Esq.
    Nevada Bar No. 6168
    1100 S. Tenth Street
    Las Vegas, Nevada 89104
    (702) 731-0000
    *Attorney for Defendant*

# **CERTIFICATION OF SERVICE**

I hereby certify that on the 28th day of September, 2017 a true and correct copy of the foregoing MOTION FOR EXTENSION OF TIME AND FOR LEAVE TO SUPPLEMENT was delivered via E-filing to:

DANIEL BOGDEN
 United States Attorney

STEVEN MYHRE
First Assistant United States Attorney

NICHOLAS DICKINSON
Assistant United States Attorney

NADIA AHMED
Assistant United States Attorney

ERIN M. CREEGAN
Assistant
United States Attorney

501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101

                                          /S/ Tatum Wehr
                                  An Employee of Justice Law Center