STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
NADIA J. AHMED
DANIEL R. SCHIESS
Assistant United States Attorney
ERIN M. CREEGAN
Special Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
steven.myhre@usdoj.gov
nadia.ahmed@usdoj.gov
erin.creegan@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-CR-00046-GMN-PAL |
| v. | **GOVERNMENT'S STATEMENT OF CASE** |
| CLIVEN D. BUNDY, RYAN C. BUNDY, AMMON E. BUNDY, RYAN W. PAYNE, PETER T. SANTILLI, ERIC J. PARKER, and O. SCOTT DREXLER, | |
| Defendants. | |

The United States, by and through the undersigned, and pursuant to the Court's Order of August 31, 2017 (ECF No. 2332), respectfully submits its Statement of the Case as follows:

The defendants are charged in a Superseding Criminal Indictment with multiple counts of violations of federal law arising from events that are alleged to have occurred at or near Bunkerville, Nevada, in March and April 2014 and beyond. The Indictment alleges that during this time, federal law enforcement officers were enforcing court orders to impound cattle grazing unlawfully on federal public lands, which cattle belonged to an individual named Cliven Bundy ("Bundy"). The Indictment charges that the defendants threatened and used force and violence, and conspired to do so, in order to assault, threaten, impede, and interfere with the officers while they executed their duties and to force them to leave the place where their duties were required to be performed.

The defendants have pleaded not guilty to all charges alleged in the Indictment. The case is now set to proceed to trial.

**DATED** this 28th day of September, 2017.

    Respectfully,

    STEVEN W. MYHRE
    Acting United States Attorney

    */s/ Steven W. Myhre*
    _____
    NADIA J. AHMED
    DANIEL R. SCHIESS
    Assistant United States Attorney
    ERIN M. CREEGAN
    Special Assistant United States Attorney

    *Attorneys for the United States*

## **CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **GOVERNMENT'S STATEMENT OF CASE** was served upon counsel of record, via Electronic Case Filing (ECF).

DATED this 28th day of September, 2017.

*/s/ Steven W. Myhre*
_____
STEVEN W. MYHRE
Acting United States Attorney