<u>EXHIBIT LIST</u>

Case No. 2:16-cr-00046-GMN-PAL                                              Page 1 of 5

United States of America v. Cliven Bundy et al

Exhibits on Behalf of Defendant Cliven Bundy

| DATE ADMITTED | DATE MARKED | EXHIBIT NO. | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | 5000 | Cliven Bundy | County Assessor Map Mesquite and Surrounding Area |
| | | 5001 | Cliven Bundy | Cliven Bundy Deposition |
| | | 5002A-B<br><br>2 Exhibits | Blaine Cooper | Proffer and Cooperation Agreements of Witnesses Against Defendants |
| | | 5003A-B<br><br>2 Exhibits | Cliven Bundy | Bundy Press Releases |
| | | 5004A-C<br><br>3 Exhibits | Cliven Bundy | Sandoval Press Releases |
| | | 5005 | Cliven Bundy | BLM Press Release |
| | | 5006A-F<br><br>6 Exhibits | | Threat Assessments |
| | | 5007 | | Department of the Interior Department Manual |
| | | 5008 | Cliven Bundy | Maps of Closure Area |
| | | 5009A-C<br><br>3 Exhibits | Cliven Bundy | Notices Regarding Closure Areas |
| | | 5010A-G<br><br>7 Exhibits | Cliven Bundy | Photos of Items in Closure Area |

# EXHIBIT LIST

Case No. 2:16-cr-00046-GMN-PAL                                   Page 2 of 5

United States of America v. Cliven Bundy et al

Exhibits on Behalf of Defendant Cliven Bundy

| DATE ADMITTED | DATE MARKED | EXHIBIT NO. | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | 5011A-M  18 Exhibits | Cliven Bundy | Bundy Constructive Notices |
| | | 5012A-B  2 Exhibits | Cliven Bundy | Bundy photographs with government officials |
| | | 5013A-B  2 Exhibits | | Administrative Notices |
| | | 5014A-G  7 Exhibits | Cliven Bundy | Photos of BLM Destruction of Private Property, First Amendment zone |
| | | 5015 | Cliven Bundy | Water Rights |
| | | 5016 A-B  2 Exhibits | Cliven Bundy | Brand Inspection Documents |
| | | 5017 A-F  6 Exhibits | | Memorandums of Activity |
| | | 5018 A-B  2 Exhibits | | IC Reports |
| | | 5019 A-D  4 Exhibits | | Facebook Posts |
| | | 5020 | | David A. Bundy Appeal |

EXHIBIT LIST

Case No. 2:16-cr-00046-GMN-PAL                                         Page 3 of 5

United States of America v. Cliven Bundy et al

Exhibits on Behalf of Defendant Cliven Bundy

| DATE ADMITTED | DATE MARKED | EXHIBIT NO. | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | 5021 A-S | | FBI 302s |
| | | 5023 | | Health and Safety Message Authored by Russ Brengman |
| | | 5024 | | Robin Kirkham Memorandum of Threat Assesment |
| | | 5025 | | Cliven Bundy's Objection to Motion to Enforce Injunction |
| | | 5026 | | Cliven Bundy Photos |
| | | 5027 | | Resolution of Clark County, Nevada |
| | | 5028 | | Map of Overton, Nevada |
| | | 5029 | | Constructive Notice to Catherine Cortez-Masto |
| | | 5030 | | Motion to Re-Open Appeal in Bundy Civil Case |
| | | 5031 | | Shawna Cox Complaint to Clark County District Attorney's Office |
| | | 5032 | | Picture of deceased cattle |

# EXHIBIT LIST

Case No. 2:16-cr-00046-GMN-PAL                                    Page 4 of 5

United States of America v. Cliven Bundy et al

Exhibits on Behalf of Defendant Cliven Bundy

| DATE ADMITTED | DATE MARKED | EXHIBIT NO. | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | 5033 | | Picture of deceased cattle |
| | | 5034 | | Las Vegas Metropolitan Police Department Incident Report Logs |
| | | 5035 | | Ammon Bundy interview underneath the bridge |
| | | 5036 | | Ammon Bundy speech before cattle is released |
| | | 5037 | | Cliven Bundy interview contract |
| | | 5038 | | Cliven Bundy interview grazing fees |
| | | 5039 | | Video from underneath the bridge |
| | | | | |
| | | | | |

# EXHIBIT LIST

Case No. 2:16-cr-00046-GMN-PAL                                      Page 5 of 5

United States of America v. Cliven Bundy et al

Exhibits on Behalf of Defendant Cliven Bundy

| DATE ADMITTED | DATE MARKED | EXHIBIT NO. | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | 5040 | | Audio of Pete Santilli meeting with Dan Love |
| | | 5041 | | Bundy video underneath the bridge |
| | | 5042 | | Channel 3 news- Sheriff Lombardo |
| | | 5043 | | Cliven Bundy with Sean Hannity (Part 1) |
| | | 5044 | | Cliven Bundy with Sean Hannity (Part 2) |
| | | 5045 | | Cliven Bundy speech |
| | | 5046 | | Dash Cam Video |
| | | 5047 | | David Bundy interview |
| | | 5048 | | Mark Kessler Video |
| | | 5049 | | 4-9-2014 confrontation |
| | | 5050 | | Video of Bundy boys getting arrested |