STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:16-cr-046-GMN-PAL |
| ) | |
| vs. ) | ORDER |
| ) | |
| CLIVEN BUNDY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**O R D E R**

On September 28, 2017, this court received a request for a copy of the transcript of the sealed portion of a hearing held on September 27, 2017, from Larry Klayman (10:55:16 - 11:14:41). The majority of the hearing was conducted in open court and attended by members of the public. However, the court conducted a sealed ex parte hearing at the request Cliven Bundy's counsel to discuss privileged attorney/client communications.

Larry Klayman is not counsel of record for Cliven Bundy. Mr. Klayman's applications to appear Pro Hac Vice have been denied by Chief Judge Navarro. Denial of his pro hac vice applications was appealed to the Ninth Circuit at least twice. The Court of Appeals affirmed Chief Judge Navarro's rulings in two written orders. Mr. Klayman is not authorized to appear as counsel of record for Cliven Bundy. His request to obtain a transcript of sealed proceedings conducted by the court with Mr. Bundy and his counsel of record concerning privileged attorney/client communications is highly improper. Accordingly,

**IT IS ORDERED** that Mr. Klayman's request for a sealed portion of a transcript is **DENIED**.

DATED this 18th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE