BRET O. WHIPPLE, ESQ
Nevada Bar Number 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, Nevada  89104
(702) 731-0000
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CLIVEN D. BUNDY, <br><br> Defendant. | CASE NO.:  2:16-cr-00046-GMN-PAL-1 <br><br><br> **DEFENDANT CLIVEN D. BUNDY'S MOTION FOR JOINDER TO MOTION FOR EVIDENTIARY HEARING (ECF NO. 2613)** |

Defendant, CLIVEN D. BUNDY, by and through his counsel, Bret O. Whipple, Esq. of Justice Law Center, hereby moves this Court for an Order to allow Cliven D. Bundy to join the Defendant Ryan Payne's Motion for an Evidentiary Hearing (ECF No. 2613).

DATED this 19th day of October, 2017

JUSTICE LAW CENTER

___/S/ Bret O. Whipple___
Bret O. Whipple, Esq.
Nevada Bar No. 6168

JUSTICE LAW CENTER
Tel (702) 731-0000 Fax (702) 974-4008

1

## CERTIFICATION OF SERVICE

I hereby certify that on the 19th day of October, 2017, a true and correct copy of the foregoing Motion to Join Doc 2613 was delivered via E-filing to:


DANIEL BOGDEN
 United States Attorney

STEVEN MYHRE
First Assistant United States Attorney

NICHOLAS DICKINSON
Assistant United States Attorney

NADIA AHMED
Assistant United States Attorney

ERIN M. CREEGAN
Assistant
United States Attorney

501 Las Vegas Blvd. South, Suite 1100
 Las Vegas, NV 89101


____/S/  Tatum Wehr____
An Employee of Justice Law Center

JUSTICE LAW CENTER
Tel (702) 731-0000 Fax (702) 974-4008

2