# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                                                1   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| DATE ADMITTED | DATE MARKED | EXHIBIT NO. | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | | | **1998** |
| | | 1 | T. Petrie | Certified Copy of Court Order in Case #CV-S-98-531-JBR(RJJ) dated 11/3/98 |
| | | | | **1999** |
| | | 2 | T. Petrie | Certified Copy of U.S Court of Appeals 9th Circuit Memorandum Case #98-17293 re: D.C. Case #CV-S-98-531-JBR(RJJ) filed 7/22/99 |
| | | 3 | T. Petrie | Certified Copy of Court Order in Case No. CV-S-98-531-JBR(RJJ) filed 9/17/99 |
| | | | | **2011** |
| | | 4 | T. Petrie | Deposition of Cliven Bundy of 10/23/11 |
| | | 5 | M. Rugwell | Final Decision, Order to Remove & Demand for Payment from BLM to Cliven Bundy of 9/20/11 |
| | | | | **2012** |
| | | 6 | M. Rugwell | 4/3/12 Letter from BLM to Cliven Bundy re: Advising of Notice of Intent to Impound |
| | | 7 | M. Rugwell | 4/9/12 Trespass Decision & Order to Remove from BLM to Cliven Bundy re: Advising of his Ability to Appeal & Petition the Decision |
| | | | | **2013** |
| | | 8 | M. Seyler | April 2013: Bruckhart Post on OMA Website re: OMA's Purpose |
| | | 9 | T. Petrie | Certified Copy of Court Order in Case No.2:12-cv-0804-LDG-GWF filed 7/9/13 |
| | | 10 | T. Petrie | Certified Copy of Notice of Appeal by Cliven Bundy filed on 8/9/13 in Case No. 2:12-cv-00804-LDG-GWF |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                                    2  of  33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 11 | T. Petrie | Certified Copy of Court Order to Enforce Injunction in Case No. 2:98-cv-00531-LRH-VCF filed 10/9/13 |
| | | 12 | M. Seyler | 6/14/13 Email from R. Payne to Adam the Man re: Stepping between You & Tyranny |
| | | 13 | M. Seyler | 6/18/13 OMA Facebook Page Capture with Mission Statement |
|  | **February to March, 2014** |
| | | 14 | J. Willis | Video: 2/27/14 Cliven Bundy Speech at Cattle Association Meeting - "I'll do whatever it takes" |
| | | 15 | M. Johnson | Audio Recording on 3/17/14 @ 734 PM of Ryan Bundy re: Impoundment of Cattle |
| | | 15(a) | M. Johnson | Clip 0:00 - 1:15 from Exhibit No. 15 |
| | | 15(b) | M. Johnson | Clip 15:35 - 17:15 from Exhibit No. 15 |
| | | 15(c) | M. Johnson | Clip 18:10 - 20:20 from Exhibit No. 15 |
| | | 15(d) | M. Johnson | Clip 21:35 - 28:35 from Exhibit No. 15 |
| | | 15(e) | M. Johnson | Clip 38:00 - 41:10 from Exhibit No. 15 |
| | | 15(f) | M. Johnson | Clip 43:40 - 46:00 from Exhibit No. 15 |
| | | 16(a) | M. Rugwell R. Stover | 3/12/14 Letter to Cliven Bundy from BLM re: Notice of Intent to Impound |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL

3   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 16(b) | M. Rugwell R. Stover | 3/19/14 Notice of Intent to Impound Unauthorized Livestock from BLM to Cliven Bundy dated 3/19/14 |
| | | 17 | M. Seyler | 3/20/14 Facebook Post by Ryan Payne Outlining What OMA Believes |
| | | 18 | S. Robins | 3/21/14 Notice & Lien from Cliven Bundy to Scott Robins |
| | | 19 | D. Gillespie | 3/21/14 Letter from Cliven Bundy to State Officials - "Range War Emergency Notice & Demand for Protection" |
| | | 20 | M. Seyler | 3/25/14 Wolf Radio Show of Interview with Ryan Payne |
| | | 20(a) | M. Seyler | Clip 9:00 - 16:00 from Exhibit No. 20 |
| | | 20(b) | M. Seyler | Clip 16:30 - 23:30 from Exhibit No. 20 |
| | | 20(c) | M. Seyler | Clip 28:30 - 30:45 from Exhibit No. 20 |
| | | 20(d) | M. Seyler | Clip 34:10 - 36:50 from Exhibit No. 20 |
| | | 21 | R. Stover | 3/27/17 Closure Order & Federal Register Annoucement from BLM Website |
| | | 22 | R. Stover J. Willis S. Sampson | 3/28/14 Video: Bundy Family Blocking Entrance of ICP |
| | | 23 | V. Worfolk | 3/28/14 Photos of Bundy Family Blocking ICP Gate |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                    4   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | April 2, 2014 |
|---|---|---|---|---|
| | | 24 | S. Robins | Photo: R'Livestock Stolen Cattle |
| | | 25 | N. Curtis | Sheriff Curtis's Letter to Utah Governor re: Bundy Matter |
| | | | | April 5, 2014 |
| | | 26 | M. Seyler<br>J. Willis | Facebook Personal Message in which Carol Bundy states "we have a plan" ... "just set tight until we're ready to move" |
| | | | | April 6, 2014 |
| | | 27 | B. Sones | Officer Cox Dashcam |
| | | 28 | B. Sones | Officer Cox Dashcam |
| | | 29 | B. Sones | Officer Cox Dashcam |
| | | 30 | M. Seyler<br>J. Willis<br>B. Cooper | Facebook Personal Messages from 4/6/14 to 4/7/14 between Santilli & Cooper re: Cliven Bundy & Traveling to Nevada |
| | | | | April 7, 2014 |
| | | 31 | J. Willis<br>M. Seyler | Facebook Wall Post "They have my cattle and now they have one of my boys. Range war begins tomorrow" |
| | | 32 | M. Seyler | Email from Bruckhart to Ryan Payne asking "have you seen this" with link to Article "armed Feds Prepare for Showdown with Nevada Cattle Rancher ..." |
| | | 33 | M. Seyler | Email from Ryan Payne to Bruckhart "looks good" regarding OMA Alert about Bundy Criticial Situation in Clark County |

EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                                    5   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 34 | M. Seyler | OMA Email re: Action Alert sent to about 220 Email Addresses |
| | | 35 | M. Seyler | Facebook Personal Message between Carol Bundy & Jerry Bruckhart re: Significant Units Committing at this Time<br>Facebook Personal Message at 5:15 UTC with Bruckhart re: "used to time to take it (the country) back" |
| | | 36 | J. Willis | Photo with Words "Two snipers pointed right at us" Embedded sent by Bundy Daughter to Militia Member |
| | | 37 | B. Cooper | Facebook Post - Cooper Shares the OMA Alert Email |
| | | 38 | M. Seyler | Group Chat with Ricky Lovelien & several militia groups discussing reason to go to Bundy Ranch |
| | | 39 | B. Cooper | Facebook Personal Message - Cooper Communicates with Wayne Sasser from OMA |
| | | | | April 8, 2014 |
| | | 40 | M. Seyler | Facebook Personal Message between Payne & Bruckhart re: "spoke with Cliven" he "still wants help" |
| | | 41 | M. Seyler | Email from Ryan Payne to Bruckhart Giving Coordinates to Bundy Ranch |
| | | 42 | M. Seyler | Email from Ryan Payne to Bruckhart Giving Directions to Bundy Ranch |
| | | 43 | M. Seyler | Email to Bruckhart regarding OMA Notification by Amos Hollar: "assist with resistance to the situation" |
| | | 44 | M. Seyler | Email to Bruckhart from Delemus Indicating Contingent Coming from NH in Response to OMA Request |

EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                                                 6   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 45 | M. Seyler | Facebook Message between Ryan Payne & Lardy "I plan to zero my rifle" & Payne responds "I need to do the same" |
| | | 46 | M. Seyler | Email from OMA to Members re: Alert Mobilization "approximately 150 responding" providing directions & coordinates to Bundy Ranch |
| | | 47 | M. Seyler | Facebook Personal Message between Payne & the TexasMilitiaNorthTexas re: Cliven knows Militia is Coming |
| | | 48 | M. Seyler | 4/8 to 4/9/14 Facebook Personal Message between Payne & Kessler re: ammo, arriving @ Bundy Ranch & receiving militia @ Ranch |
| | | 49 | J. Willis | Engel Comment on another's post "oiling bolt, loading magazines" |
| | | 50 | M. Carpenter | Carpenter Body Cam Footage at 1:45 PM showing Bundy Family Confronting Officers in Closure Area |
| | | 51 | J. Willis | Pete Santilli Episode #675: Interview with Cliven Bundy |
| | | 51(a) | J. Willis | Clip 1:07:10 - 1:18:28 from Exhibit No. 51 |
| | | 51(b) | J. Willis | Clip 1:21:25 - 1:29:05 from Exhibit No. 51 |
| | | 51(c) | J. Willis | Clip 1:34:40 - 2:00:00 from Exhibit No. 51 |
| | | 51(d) | J. Willis | Clip 2:06:50 - 2:18:30 from Exhibit No. 51 |
| | | 52 | J. Willis  M. Carpenter | YouTube Video: Mel Bundy Narrating Confrontation with BLM Rangers Carpenter & Swanson |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                                    7   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 53 | | *Open for Use if Needed* |
| | | 54 | | *Open for Use if Needed* |
| | | | | **April 9, 2014** |
| | | 55 | S. Robins J. Willis | Photo: Bundy Followers' Sign Outside R'Livestock at 11:35 AM |
| | | 56 | M. Seyler | Video: Ryan Bundy Interview with The American Voice |
| | | 57 | L. Briscoe | Bodycam Video: Conversation between Love & Pete Santilli at Post 1 |
| | | 58 | L. Briscoe | Bodycam Video: Conversation with Love & Mel Bundy at Post 1 |
| | | 59 | J. Willis | YouTube Video: WHDT "BREAKING: Feds Prep for Waco Style raid of Bundy Ranch" |
| | | 60 | J. Willis | YouTube Video: "Pete Santilli from the Bundy Ranch in Nevada with Protestors" posted on Adam Kokesh Show |
| | | 61 | M. Seyler | Interview of Ryan Payne with LVRJ Reporter re: OMA Arriving to Nevada |
| | | 62 | M. Seyler | Email from Ryan Payne to Bruckhart Approving OMA Objectives |
| | | 63 | M. Seyler | Email from OMA to 316 OMA Members re: OMA Objectives |
| | | 64 | M. Seyler | Facebook Personal Message with Michael Reighly in which Payne states that Cliven Bundy wants more militia to come to Bundy Ranch |

# EXHIBIT LIST

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 65 | M. Seyler | Facebook Chat between Bruckhart & Chris Hill |
| | | 66 | J. Willis | Video: BLM Leaving Field & Supporters moving to intercept the convoy |
| | | 67 | M. Carpenter | Carpenter Dashcam |
| | | 68 | J. Vigness | Vigness Bodycam |
| | | 68(a) | J. Vigness | Clip 1:30 - 5:00 from Exhibit No. 68 |
| | | 68(b) | J. Vigness | Slow Motion Clip of Protestor Raising Rock to BLM Rangerfrom Exhibit No. 68 |
| | | 69 | M. Carpenter | Video: Convoy Block |
| | | 69(a) | M. Carpenter | Slow Motion Clip of Ammon Bundy hitting truck with ATV & being tased from Exhibit No. 69 |
| | | 70 | R. Mitsuyasu M. Carpenter | Mitsuyasu Dashcam Video: Showing Ammon Bundy Grabbing Arm of BLM Officer |
| | | 70(a) | R. Mitsuyasu M. Carpenter | Clip 1:30 - 3:50 from Exhibit No. 70 |
| | | 70(b) | R. Mitsuyasu M. Carpenter | Slow Motion Clip of Ammon Bundy Grabbing BLM Ranger from Exhibit No. 70 |
| | | 71 | B. Sones | Sones Dashcam of Convoy Exiting the Field |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                                                9   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 72 | M. Carpenter | Carpenter Bodycam re: Ammon Bundy & Followers at Convoy Block Event |
| | | 73 | J. Willis | YouTube Video:  "LIVE REPORT from the riot at the Bundy Ranch, near Las Vegas, Nevada" posted on Adam Kokesh Show |
| | | 73(a) | J. Willis | Clip 1:00 - 11:40 from Exhibit No. 73 |
| | | 74 | B. Cooper | Facebook Personal Messaage between Santilli & Cooper re: Direction to Bundy Ranch |
| | | 75 | M. Seyler | (2) Facebook Timeline Posts by Carol Bundy re: OMA & Soliticing Militia |
| | | 76 | B. Cooper | Facebook Post - Cooper Shares Carol Bundy's Call for Militia |
| | | 77 | | *Open for Use if Needed* |
| | | 78 | | *Open for Use if Needed* |
| | | 79 | | *Open for Use if Needed* |
| | | | | **April 10, 2014** |
| | | 80 | M. Carpenter | Bodycam Video: Meeting between Santilli & Love |
| | | 81 | M. Seyler | Parker shares link to Franchi's YouTube video featuring SANTILLI "we don't have enough militia here" |
| | | 82 | J. Willis | YouTube Video: "Militia Arrives at Bundy Ranch" on Franchi's Internet Blog |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                                                    10   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 82(a) | J. Willis | Clip 1:40 to end from Exhibit No. 82 |
| | | 83 | J. Willis | Audio / Video Recording of Ryan Bundy saying Family was Getting Its Own Law Enforcement |
| | | 84 | M. Seyler | Video: News 8 from a YouTube Channel depicting Jim Lardy |
| | | 85 | M. Seyler | Facebook Personal Message re: Payne states he is the liaison for Cliven Bundy |
| | | 86 | M. Seyler | Facebook Personal Message between TexasMilitiaNorthTexas, Payne & others requesting Payne have Bundy official post he is militia liaison |
| | | 87 | | *Open for Use if Needed* |
| | | 88 | | *Open for Use if Needed* |
| | | | | **April 11, 2014** |
| | | 89 | G. Johnson | Audio Recording of Love & Santilli of 4/11/14 |
| | | 90 | M. Seyler | Operation Patriot Rally Point FB Wall post re: Ryan Payne is Militia Coordinator for Bundy Family |
| | | 91 | M. Seyler | YouTube Post: Video Interview of Ryan Payne |
| | | 92 | J. Willis | Facebook Post at 9:53 PM "we will be hammering things off super hard tomorrow & we need you there at 9am when Cliven & Clark County Sheriff Douglas Gillespie discuss things. Thank you so much" |

EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                    11   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 93 | J. Willis | Facebook Post at 20:07 UTC "Ryan Payne one of the main militia who has been here protecting Cliven has reported it was HIS brother in law who reported the confiscating of weapons … " |
| | | 94 | A. Sully | Photo: Rally Area |
| | | 95 | A. Sully J. Willis | Video: Cliven Bundy's Speech |
| | | 96 | J. Willis | Facebook Wall post of photo indicating it is the sky view of BLM compound |
| | | 97 | J. Willis | Facebook Wall post in which individual states he is coming to set up "makeshift medical station" |
| | | 98 | B. Cooper | Facebook Post - Cooper Shares Photo of Firearm in his Trunk |
| | | 99 | B. Cavalier W. Jensen | Photo: Cavalier in Helicopter Flying over ICP on |
| | | 100 | B. Cavalier | Photo: Uploaded to Facebook by Cavalier depicting Cooper & Cavalier inside a Hummer with Comment "heading into ranch to provide personal security for the Bundy family" |
| | | | | April 12, 2014 (Videos) |
| | | 101 | E.J. McEwen | Aerial Video from 11:18 AM to 1:05 PM |
| | | 102 | E.J. McEwen J. Willis | Aerial Video Recording from 2:45 to 2:50 PM |
| | | 103(a) | A. Ellis | Video: Sheriff's Speech on Stage with Cliven Bundy at 9:40 AM |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                                     12   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 103(b) | A. Ellis | Video: Sheriff Gillespie Leaving the Staging Area around 9:49 AM |
| | | 103(c) | A. Ellis | Video: Cliven Bundy "Go Get the Cows" Speech at 10:58 AM |
| | | 103(d) | A. Ellis | Video: Depicts Travel from Exit 112 Entrance to Assembly Area off I-15 at 11:18 AM |
| | | 103(e) | A. Ellis | Video: Assembly Area at 11:29 AM |
| | | 103(f) | A. Ellis | Video: Assembly Area at 11:43 AM |
| | | 103(g) | A. Ellis | Video: Northbound I-15 Bridge at 11:51 AM depciting Parker on Bridge wth Engel |
| | | 103(h) | A. Ellis | Video: Wash at 11:56 AM depicting Horses Entering Wash Area |
| | | 103(i) | A. Ellis | Video: Wash at 12:00 PM depicting Guns in Wash & Skirmish Line |
| | | 103(j) | A. Ellis | Video: View from Westside of Wash at 12:08 PM depicting Skirmish Line Forming |
| | | 103(k) | A. Ellis | Video: 4/12/14 at 12:11 PM |
| | | 103(l) | A. Ellis | Video: 4/12/14 at 12:30 PM |
| | | 103(m) | A. Ellis | Video: Ryan Bundy Speech "the west has now been won" at 12:37 PM |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                                    13   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 103(n) | A. Ellis | Video: 4/12/14 at 12:44 PM |
| | | 103(o) | A. Ellis | Video: Interview with Parker on NB Bridge at 1:06 PM |
| | | 103(p) | A. Ellis | Video: Interview of Ammon Bundy in Wash at Gate at 1:17 PM |
| | | 103(q) | A. Ellis | Video: Northbound Bridge at 1:32 PM with "West is Won" Banner |
| | | 104 | J. Lombardo D. Gillespie | Video: Sheriff's Speech at Staging Area at 9:40 AM |
| | | 105 | M. Seyler | Interview of PAYNE on the Ed & Ethan Show |
| | | 105(a) | M. Seyler | Clip 25:40 - 30:45 from Exhibit No. 105 |
| | | 105(b) | M. Seyler | Clip 35:00 - 41:05 from Exhibit No. 105 |
| | | 106(a) | J. Willis | Gourgeon Video: |
| | | 106(b) | J. Willis | Gourgeon Video: Assembly Area off of Northbound I-15 across from Post 1 |
| | | 106(c) | J. Willis | Gourgeon Video: |
| | | 106(d) | J. Willis | Gourgeon Video: Woods & Unsub Walking into |

# EXHIBIT LIST

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 106(e) | J. Willis | Gourgeon Video: BLM Withdrawing Position from Gate as seen from NB Bridge |
| | | 107 | A. Ellis | Video: Cliven Bundy's Get the Cattle  Speech at Stage around 10:58 AM |
| | | 108(a) | J. Willis | Video: Ammon Bundy in truck traveling to Assembly Area |
| | | 108(b) | J. Willis | Video: Ammon Bundy in truck traveling to Assembly Area |
| | | 109(a) | J. Willis | Video: Arriving at Assembly Area |
| | | 109(b) | J. Willis | Video: Arriving at Assembly Area |
| | | 109(c) | J. Willis | Video: Arriving at Assembly Area |
| | | 109(d) | J. Willis | Video: Arriving at Assembly Area |
| | | 109(e) | J. Willis | Video: Arriving at Assembly Area |
| | | 109(f) | J. Willis | Video: Arriving at Assembly Area |
| | | 110 | J. Lombardo | Video: Sheriff Lombardo walking Across Highway to Meet Dave Bundy |
| | | 111 | J. Willis | YouTube Post:  "Cowboy Calvary" |

EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                    15   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | **112(a)** | J. Willis | Video: Love at Gate in the Wash |
| | | **112(b)** | J. Willis | Video: Love at Gate in the Wash |
| | | **112(c)** | J. Willis | Video: Love at Gate in the Wash |
| | | **113** | J. Lombardo | Video: Love at Post 1 with Lombardo, Ammon & Dave Bundy |
| | | **114** | J. Willis | Video: "Bundy Cowboy Up & Get Cattle Back" |
| | | **115(a)** | A. Burke | Video: Post 1 on 4/12/14 @ 11:53 AM |
| | | **115(b)** | R. Stover | Video: Post 2 @ 12:39 PM of BLM Withdrawing from Area |
| | | **116** | J. Willis | YouTube Video: Stewart Rhodes Interview with Ammon Bundy |
| | | **116(a)** | J. Willis | Clip 00:00 - 06:48 from Exhibit No. 116 |
| | | **117** | J. Willis | YouTube Post:  "Mexican Standoff" |
| | | **118** | J. Willis | News Video: 8 News Now @ 11PM Airdate 4/30/14 |
| | | **118(a)** | J. Willis | Screenshot from 8 News Now from Exhibit No. 118 |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                              16   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 119 | J. Willis | Video: Hannity Show |
| | | 120(a) | J. Willis<br>T. Ponthieux<br>B. Cooper | Video: 9:00 AM of Staging Area depicting Lovelien Driving with Parker, Stewart & Drexler at Staaging Area |
| | | 120(b) | J. Willis | Video: 9:10 AM of Staging Area depicting Parker & Lovelien prior to Sheriff's Arrival |
| | | 121 | J. Willis | Video: Bundy Speech Post Assault on 4/12/14 |
| | | 122 | A. Burke | Video: Bundy Followers on the Side of NB I-15 as BLM Leaves taken by Ranger Burke |
| | | | | **April 12, 2014 (Photos)** |
| | | 123 | J. Willis | Gourgeon Photo: Gunman Prone under the Northbound Skirt |
| | | 124 | J. Willis | Gourgeon Photo: Gunman Prone under the Northbound Skirt |
| | | 125 | J. Willis | Gourgeon Photo: Woods & another gunman on high ground under east side of NB 15 overpass at 12:10 PM |
| | | 126 | J. Willis | Gourgeon Photo: Two Militia Members under the Northbound I-15 Bridge |
| | | 127 | J. Willis | Gourgeon Photo: Drexler at 12:26 PM on I15 NB Overpass in Prone position |
| | | 128 | J. Willis<br>S. Swanson | Gourgeon Photo: Parker at 12:26:19 PM on I15 NB Overpass in Prone position |
| | | 129 | J. Willis | Gourgeon Screenshot: Parker, Stewart & Drexler on NB-15 Overpass at 12:45 PM |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                         17   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 130 | J. Willis | Gourgeon Screenshot: Drexler Prone on NB I-15 at 12:46 PM |
| | | 131 | L. Briscoe E. Richardson | Photo: View of SB & NB Bridges & Wash |
| | | 132 | R. Stover E. Richardson | Photo: BLM View of Right Side of NB I-15 Bridge & Wash |
| | | 133 | R. Stover E. Richardson | Photo: Officers under of Bridge & View of Bridges on 4/12/14 |
| | | 134 | T. Schillie | Photo: Skirmish Line in Wash at 12:00 p.m. |
| | | 135 | T. Schilie | Photo: NB I-15 Bridge at 12:10 PM |
| | | 136 | T. Schillie | Photo: Wash at 12:15 PM |
| | | 137 | T. Schillie | Photo: NB Bridge at 12:22 PM |
| | | 138 | J. Willis | Photo: Drexler on NB I-15 Bridge in Prone Position |
| | | 139 | T. McBride | Photo of SETT Officers with Pepperball & Shield |
| | | 140 | E. Richardson | Photo: BLM Officer with Weapon Raised |
| | | 141 | J. Willis | Reuter's Photo: Drexler Kneeling behind Cement Barrier on NB I15 |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                          18   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 142 | J. Willis | Reuter's Photo: Parker on NB I-15 Bridge at 12:03 PM Crouched behind Concrete Barrier |
| | | 143 | J. Willis | Photo: From Washington Post Online Article "Everything You Need to Know About the Long Gun Fight between Cliven Bundy and the Federal Government" of 4/15/14 |
| | | 144 | J. Willis J. Olson | Photo: Lovelien & Engel on the Bridge |
| | | 145 | J. Willis T. Jenkins | Photo: From Citizens Action Network Facebook Page of Parker Prone Overlooking Wash & Officers at Gate |
| | | 146 | J. Willis T. Jenkins | Photo: Ryan Bundy talking to Metro Sgt. Jenkins in median near ICP while Santilli appears to photograph officer |
| | | 147 | J. Willis | Photo: Todd Engel crouching behind jersey barrier with assault rifle in low ready position and Lovelien standing with assault rifle on NB 15 above BLM impound site |
| | | 148 | J. Willis | Photo: Todd Engel crouching behind jersey barrier with assault rifle in low ready position and Lovelien standing with assault rifle on NB 15 above BLM impound site |
| | | 149 | J. Willis | Photo: Militia members standing on I-15 buttress at BLM impound site |
| | | 150 | J. Willis | Photo: Gunman sitting on I-15 butress with assault rifle in hand at BLM impound site |
| | | 151 | J. Willis | Photo: Truck with several militia members bearing rifles in wash at BLM impound site |
| | | 152 | J. Willis | Photo: Militia member standing near median of I-15 at BLM impound site |

## EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                                        19   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 153 | J. Willis | Photo: Armed gunman in the wash with rifle and german shepherd |
| | | 154 | J. Willis | Photo: Armed gunman walks next to Mel Bundy as he leads horse riders into the wash |
| | | 155 | J. Willis | Photo: Armed gunman holds rifle in low ready and kneels on highway overlooking wash |
| | | 156 | J. Willis | Photo: Armed militiamen stand in assembly area at BLM impoundment site |
| | | 157 | J. Willis | Photo: Metro officers stand in a line in median near Post 1 |
| | | 158 | W. Jensen | Photo: View of Post 1 from the Mesa |
| | | 159 | W. Jensen | Photo: View of Traffic Jam from the Mesa |
| | | 160 | W. Jensen | Photo: View of ICP from Mesa |
| | | 161 | J. Willis | LVRJ Photo: Burleson & Lewis Standing in Wash |
| | | 162 | J. Willis | LVRJ Photo: Burleson & Lewis Crouching in Wash |
| | | 163 | J. Willis | 5/8/14 @ 17:20 UTC Burleson Facebook comment on Lewis Photo "was with him on overpass skirt as we flanked the BLM to their right" |
| | | 164 | J. Willis | Burleson Facebook comment to another user's post "federal agents pointing their weapons at me … ready to take them out" |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                    20   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 165 | J. Willis | Dropbox Photo: Love at the Gate on 4/12/14 |
| | | 166 | J. Willis | Dropbox Photo: Officer Cox in the Wash |
| | | 167 | | *Open for Use if Needed* |
| | | 168 | | *Open for Use if Needed* |
| **April 12, 2014 (Facebook)** | | | | |
| | | 169 | J. Willis | Facebook Posts by Engel from 16:52 to 23:30 |
| | | 170 | M. Seyler | Parker Facebook Wall Posts: (1) 11:24 am (18:24 UTC) Bundy gave sheriff 1 hr to disarm. . . . Going to free the cows by any means . . . (2) 2:59 pm (21:59 UTC) "We have cows . . . Happy cows . . . Free cows . . . " |
| | | 171 | M. Seyler | Bruckhart Facebook Post of OMA Manifesto "Dawn of a New Day" |
| | | 172 | M. Seyler | Bruckhart Facebook Personal Message with Niblock re: Troop Strength |
| | | 173 | J. Willis | Facebook post by Burleson posing with AR & comment admitting "drove BLM thugs from battlefield" |
| | | 174 | J. Willis | Facebook comment by Burleson to another user's post "federal agents pointing their weapons at me … ready to take them out" |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                                           21   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 175(a) | B. Cavalier | Facebook Personal Message btwn Cavalier & another user re: events unfolding on 4/12 including Cavalier statement that "Bundy has asked those who want to help to head up block road and free cattle!!!" |
| | | 175(b) | B. Cavalier | Facebook Post at 11:23 AM "Protesters are heading to free bundy cattle!  Mrs and Mrs Bundy are safe and with my security detail." |
| | | 176 | | *Open for Use if Needed* |
| | | | | **April 12, 2014 (Screenshots)** |
| | | 177 | J. Willis | News Video: 8 News Now @ 5PM Airdate 5/8/14 |
| | | 177(a) | J. Willis | Screenshot of Stewart on Bridge from 8 News Now @ 5PM Airdate 5/8/14 |
| | | 177(b) | J. Willis | Clip 1:21- 1:23 → Run time = 2 secs from Exhibit #177 |
| | | 177(c) | J. Willis | Clip 3:41- 3:48  → Run time = 7 secs from Exhibit #177 |
| | | 178 | J. Willis | Clip from 8 News Now @ 11PM Airdate 4/30/14 |
| | | 178(a) | J. Willis | Screenshot of Stewart & Drexler on Bridge from Exhibit #178 |
| | | 178(b) | J. Willis | Screenshot of Burleson on Wash Skirt from Exhibit #178 |
| | | 179 | J. Williamson | Aerial Screenshot of Militia Camp |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                                22   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 180 | J. Williamson | Aerial Screenshot of Staging Area |
| | | 181 | J. Williamson | Aerial Screenshot of Militia Camp, Horse Trailer Area & Supporter Camp |
| | | 182 | J. Williamson | Aerial Screenshot of Militia Camp & Supporter Camp |
| | | 183 | J. Williamson | Aerial Screenshot of Staging Area & Supporter Camp |
| | | 184 | J. Williamson | Aerial Screenshot of Militia Camp & Horse Trailer Area |
| | | 185 | R. Stover J. Willis | Aerial Screenshot of ICP |
| | | 186 | J. Lombardo | Aerial Screenshot of Post 1 and Metro Skimish Line |
| | | 187 | R. Stover J. Willis | Aerial Screenshot of BLM Vehicles in the Wash, Post 1 & Post 2 |
| | | 188 | R. Stover J. Willis | Aerial Screenshot of BLM Vehicles & Followers |
| | | 189 | J. Willis | Aerial Screenshot of Gunmen Prone on the NB |
| | | 190 | J. Willis | Aerial Screenshot of the Traffic Jam |
| | | 191 | W. Jensen R. Stover | Aerial Screenshot of the Mesa |

EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                           23  of  33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 192 | G. Warr | Aerial Screenshot of Trucks Leaving from Back |
| | | 193 | M. Seyler T. Jenkins A. Stephens | Screenshot: Jason Patrick & Curtis Sirmans at |
| | | 194 | | *Open for Use if Needed* |
| | | 195 | | *Open for Use if Needed* |
| | | 196 | | *Open for Use if Needed* |
| | | 197 | | *Open for Use if Needed* |
| | | | | <span style="background:yellow">April 13, 2014</span> |
| | | 198 | J. Willis | "Bundy Ranch: Resolution or Strategic De-escalation" posted to The Next News Network |
| | | 199 | J. Willis | Photo: Cliven Bundy Standing with Armed Militia at Bundy Ranch published on 4/13/14 |
| | | 200 | | *Open for Use if Needed* |
| | | | | <span style="background:yellow">April 15, 2014</span> |
| | | 201 | J. Willis | Facebook Post @ 18:20 UTC by Carol Bundy re: Information Should be Credited Only if Received from this Blog |
| | | 202 | J. Willis | YouTube Video: "Live from Bundy Ranch: Militia vs. Feds Standoff Explained with Pete Santilli" posted by Adam Kokesh |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                            24   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 203 | M. Seyler | Pete Santilli Episode #682 - "Review Bundy's Rebellion" including an Interview with Ryan Payne |
| | | 204 | | *Open for Use if Needed* |
| | | 205 | | *Open for Use if Needed* |
| | | | | **April 18, 2014** |
| | | 206 | J. Willis | Facebook Wall post of OMA Mission Statement |
| | | 207 | | *Open for Use if Needed* |
| | | | | **April 20, 2014** |
| | | 208 | M. Seyler | Photo: New Hampshire Militia Members posing with Rifles with John O'Neil |
| | | 209 | | *Open for Use if Needed* |
| | | | | **April 22, 2014** |
| | | 210 | M. Seyler | Email from Payne to Gary Hunt re: Explaining his leadership role & what he did with the QRF on 4/12/14 at Bundy Ranch |
| | | 211 | | *Open for Use if Needed* |
| | | | | **April 24, 2014** |
| | | 212 | M. Seyler | YouTube Video posted by Jason Patrick titled "Hey Look Its Pete Santilli at the Bundy Ranch" |
| | | 213 | | *Open for Use if Needed* |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                                                25   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| **April 26, 2014** | | | | |
| | | 214 | M. Seyler | YouTube Video: Posted by Jason Patrick of Live Fire Personal Security Detail |
| | | 215 | B. Cavalier J. Willis | YouTube Video: Posted by Jason Patrick depicting Ryan Payne, Cavalier & others Conducting Firearms Training near Bundy Residence |
| **April 29, 2014** | | | | |
| | | 216 | J. Willis | Bundy Ranch Facebook Wall Post indicating PAYNE is main militia contact & provides his phone number |
| **May 12, 2014** | | | | |
| | | 217 | M. Johnson | Voicemail from Pete Santilli to Love |
| **May 30, 2014** | | | | |
| | | 218 | M. Seyler | Ryan Payne on the Terre Joyce Show |
| **August 14, 2014** | | | | |
| | | 219 | M. Seyler | William Wolf Radio Show: Payne's Discussion Bundy Ranch & Tactical Superiorty of the Militia |
| **August 15, 2014** | | | | |
| | | 220(a) | C. Johnson | UCE Interview of Ryan Payne Clip 00:00:23 to 00:00:30 |
| | | 220(b) | C. Johnson | UCE Interview of Ryan Payne Clip 00:23:38 to 00:31:20 |
| | | 220(c) | C. Johnson | UCE Interview of Ryan Payne Clip 00:32:30 to 00:33:40 |
| | | 220(d) | C. Johnson | UCE Interview of Ryan Payne Clip 00:36:41 to 00:39:21 |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                          26   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | 220(e) | C. Johnson | UCE Interview of Ryan Payne<br>Clip 00:40:24 to 00:41:30 |
|---|---|---|---|---|
| | | 220(f) | C. Johnson | UCE Interview of Ryan Payne<br>Clip 00:42:22 to 00:43:45 |
| | | 220(g) | C. Johnson | UCE Interview of Ryan Payne<br>Clip 00:44:16 to 00:46:13 |
| | | 220(h) | C. Johnson | UCE Interview of Ryan Payne<br>Clip 00:46:38 to 00:48:01 |
| | | 220(i) | C. Johnson | UCE Interview of Ryan Payne<br>Clip 00:48:45 to 00:50:13 |
| | | 220(j) | C. Johnson | UCE Interview of Ryan Payne<br>Clip 00:51:54 to 00:53:18 |
| | | 220(k) | C. Johnson | UCE Interview of Ryan Payne<br>Clip 00:53:59 to 01:02:23 |
| | | 220(l) | C. Johnson | UCE Interview of Ryan Payne<br>Clip 01:08:53 to 01:12:14 |
| | | 220(m) | C. Johnson | UCE Interview of Ryan Payne<br>Clip 01:25:52 to 01:32:41 |
| | | 220(n) | C. Johnson | UCE Interview of Ryan Payne<br>Clip 01:34:55 to 01:35:00 |
| | | 220(o) | C. Johnson | UCE Interview of Ryan Payne<br>Clip 01:36:06 to 01:38:13 |
| | | 220(p) | C. Johnson | UCE Interview of Ryan Payne<br>Clip 01:47:34 to 01:48:27 |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                          27   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | | | **September 22, 2014** |
| | | 221 | M. Johnson | Voicemail from Pete Santilli to Love |
| | | | | |
| | | | | **October 27, 2014** |
| | | 222(a) | C. Johnson | UCE Interview of Gregory P. Burleson<br>Clip 00:00:12 – 00:04:09 |
| | | 222(b) | C. Johnson | UCE Interview of Gregory P. Burleson<br>Clip 00:11:09 - 00:12:45 |
| | | 222(c) | C. Johnson | UCE Interview of Gregory P. Burleson<br>Clip 00:14:44 – 00:18:06 |
| | | 222(d) | C. Johnson | UCE Interview of Gregory P. Burleson<br>Clip 00:18:55 – 00:28:58 |
| | | 222(e) | C. Johnson | UCE Interview of Gregory P. Burleson<br>Clip 00:30:48 – 00:34:21 |
| | | 222(f) | C. Johnson | UCE Interview of Gregory P. Burleson<br>Clip 00:34:41 – 00:36:29 |
| | | 222(g) | C. Johnson | UCE Interview of Gregory P. Burleson<br>Clip 00:45:11 – 00:48:09 |
| | | 222(h) | C. Johnson | UCE Interview of Gregory P. Burleson<br>Clip 00:50:37 – 01:01:31 |
| | | 222(i) | C. Johnson | UCE Interview of Gregory P. Burleson<br>Clip 01:06:31 – 01:10:18 |
| | | | | **October 29, 2014** |
| | | 223 | J. Willis | The Pete Santilli Show Episode #827 titled<br>"Retaliation at Bundy Ranch" |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                                    28   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | | | **November 6, 2014** |
| | | 224(a) | M. Johnson | Voicemail from Pete Santilli to Love (Call #1) |
| | | 224(b) | M. Johnson | Voicemail from Pete Santilli to Love (Call #2) |
| | | | | **November 24, 2014** |
| | | 225 | M. Johnson | Voicemail from Pete Santilli to Love |
| | | | | **December 2014** |
| | | 226 | J. Willis | Santilli Facebook Personal Message at 00:14 UTC between Santilli & others where he says "Blaine was very trusted and inside the inner circle with us at Bundy" |
| | | | | **October 2015** |
| | | 227 | M. Seyler | Interview of Pete Santilli by Kenneth Rhoades re: Events of 4/11/14 and 4/12/14 |
| | | | | **November 2015** |
| | | 228(a) | M. Seyler | 11/29/15 OMD DropBox Recording of Payne discussing Integrating Militia with Protestors on 4/12/14 Clip 54:30 - 58:17 |
| | | 228(b) | M. Seyler | 11/5/15 OMD DropBox Recordings of Payne discussing Integrating Militia with Protestors on 4/12/14 Clip 1:07:18 - 1:17:23 |
| | | | | **December 2015** |
| | | 229 | M. Seyler | Video: Ammon Bundy & Ryan Payne in Oregon of 12/15/15 |
| | | | | **Photos** |
| | | 230 | G. Warr | Photo: Impounded Cattle being fed |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                                29   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 231 | G. Warr | Photo: Impounded Cattle in Pens with Tags |
| | | 232 | G. Warr | Photo: Impounded Cattle in Pen with Property of US Government Sign |
| | | | | **Authentication Documents** |
| | | 233 | M. Seyler<br>J. Willis | Facebook Authentication Letters |
| | | 234 | M. Seyler | Google Authentication Letter re: RYAN PAYNE & OMA Email Accounts |
| | | 235 | M. Seyler | Yahoo Authentication Letter re: Jerry Bruckhart Email Account |
| | | 236 | M. Seyler | DropBox Authentication Letter re: Payne's Account |
| | | 237 | M. Seyler | Phone Tolls Authentication Documents |
| | | | | **Summaries** |
| | | 238 | J. Willis | Summary: Convoy Block on 4/9/14 |
| | | 239 | J. Willis<br>C. Simkins | Summary: Gun Count on 4/12/14 |
| | | 240 | J. Willis | Summary: Timeline of Events on 4/12/14 |
| | | 241 | M. Seyler | Integrated FB Communications |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                    30   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 242 | M. Seyler | Phone Contacts re: Ammon Bundy |
| | | 243 | M. Seyler | Photo Contacts re: Cliven Bundy Cell Phone |
| | | 244 | M. Seyler | Phone Contacts re: Cliven Bundy Home Phone |
| | | 245 | M. Seyler | Phone Contacts re: Cliven Bundy, Bruckhart & Payne Communications |
| | | 246 | M. Seyler | Phone Contacts re: Peter Santilli |
| | | 247 | M. Seyler | Phone Contacts re: Ryan Bundy |
| | | 248 | M. Seyler | Phone Contacts re: Ryan Payne |
| | | 249 | M. Seyler | Visual Summary of Defendant's Communications |
| | | | | **Maps** |
| | | 250 | R. Stover | Map: Bundy_Ranch |
| | | 251 | G. Warr | Map: Overview of Cattle Location with Land Status |
| | | 252 | R. Stover | Map: Cattle Location Overview without Land Status |
| | | 253 | R. Stover | Map: Incident_04_06_2014 |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                                              31   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 254 | R. Stover | Map: Incident_04_08_2014 |
| | | 255 | R. Stover | Map: Incident_04_09_2014 |
| | | 256 | R. Stover | Map: Incident_Command_Post |
| | | 257 | J. Willis | Map of Northbound & Southbound Lanes with View of Post 1 and Post 2 |
| | | 258 | R. Stover | Map of Northbound & Southbound Lanes, ICP and Staging Area |
| | | 259 | R. Stover | Map: Milk_Barn |
| | | 260 | R. Stover | Map: Protest_Site_Stage |
| | | | | **Demonstrative Bridge Gap Photos & Videos** |
| | | 261 | M. Abercrombie | Photo: Freeway Showing Field of View while Eric Parker was in Prone Position |
| | | 262 | M. Abercrombie | Photo: Freeway Showing Field of View while O. Scott Drexler was in Prone Position |
| | | 263 | M. Abercrombie | Video: Showing Eric Parker's Field of View While in Prone Position |
| | | 264 | M. Abercrombie | Video: Showing O. Scott Drexler's Field of View While in Prone Position |
| | | 265 | M. Rugwell | Maps from Declaration of Mary Jo Rugwell |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                              32   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | | | |
|---|---|---|---|---|
| | | 266 | J. Willis | Photo: 4/11/14 of Cavalier Standing & Cliven Seated in Black Hummer |
| | | 267 | | |
| | | 268 | | |
| | | 269 | | |
| | | 270 | | |
| | | 271 | | |
| | | 272 | | |
| | | 273 | | |
| | | 274 | | |
| | | 275 | | |
| | | 276 | | |
| | | 277 | | |

# EXHIBIT LIST

Case No.: 2:16-cr-00046-GMN-PAL                                                                 33   of   33

United States of America v. Cliven Bundy, et al

Exhibits on Behalf of Plaintiff

| | | 278 | | |
|---|---|---|---|---|
| | | | | |
| | | 279 | | |
| | | | | |
| | | 280 | | |
| | | | | |
| | | 281 | | |
| | | | | |
| | | 282 | | |
| | | | | |
| | | 283 | | |
| | | | | |
| | | 284 | | |
| | | | | |
| | | 285 | | |
| | | | | |
| | | 286 | | |
| | | | | |
| | | 287 | | |
| | | | | |
| | | 288 | | |
| | | | | |
| | | 289 | | |
| | | | | |