**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-46-GMN-PAL-1-4 |
| vs. | DATE: October 23, 2017 |
| CLIVEN D. BUNDY, | Courtroom 7C |
| RYAN C. BUNDY, | |
| AMMON E. BUNDY, and | |
| RYAN W. PAYNE, | |
| Defendants. | |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich          COURT REPORTER: Heather Newman

COUNSEL FOR PLAINTIFF:  Steven Myhre, Nadia Ahmed and Daniel Schiess with FBI Agents Joel Willis and Sharon Gavin and BLM Officer Christopher Allen

COUNSEL FOR DEFENDANT:  Bret Whipple, Maysoun Fletcher (Stand-by Counsel for Ryan Bundy), Daniel Hill, Jay Morgan Philpot, Brenda Weksler, Ryan Norwood, and Cristen Thayer

MINUTES OF PROCEEDINGS: Evidentiary Hearing (Day 1)

9:39 a.m.  The Court convenes.  The Court makes preliminary statements.

9:46 a.m.  **DANIEL LOVE**, called by Defendant Ryan Payne, is sworn and testifies on direct examination by Mr. Norwood.  **DANIEL LOVE's** attorneys Neil Kaplan and Mr. Felix is present with the witness via video conference from the U.S. District Court in the District of Idaho, Salt Lake City. Mr. Norwood invokes the exclusionary rule.

10:27 a.m.  The Courtroom is **SEALED**.  **DANIEL LOVE**, called by Defendant Ryan Payne and previously sworn, continues testifying on direct examination by Mr. Norwood.  **SEALED EXHIBITS 6001, 6002, 6004 and 6009 are marked but not admitted at this time.**

10:56 a.m.  The Court stands at recess for a morning break.

11:05 a.m.  The Court reconvenes.  The Courtroom is **SEALED**.

11:19 a.m.  The courtroom is **UNSEALED**. **DANIEL LOVE**, called by Defendant Ryan Payne and previously sworn, continues testifying on direct examination by Mr. Norwood.

///

12:02 p.m.  The Courtroom is **SEALED**.  **DANIEL LOVE**, called by Defendant Ryan Payne and previously sworn, continues testifying on direct examination by Mr. Norwood.  **SEALED EXHIBIT 6002 is marked but not admitted at this time.**

12:39 p.m.  The Court stands at recess for lunch.

1:39 p.m.  **DANIEL LOVE**, called by Defendant Ryan Payne and previously sworn, testifies on direct examination by Ryan Bundy.  Mr. Whipple conducts direct examination on behalf of Cliven Bundy.  Mr. Hill conducts direct examination on behalf of Ammon Bundy.

4:18 p.m.  The Courtroom is **SEALED**. **DANIEL LOVE**, called by Defendant Ryan Payne and previously sworn, continues testifying on direct examination by Mr. Hill on behalf of Ammon Bundy.  The Government has no questions for **DANIEL LOVE**.  The witness is excused

4:25 p.m.  The Court and parties discuss administrative items.  The Defense states that Mr. Klemen, Ms. Suminski, Ms. Cardenas and Ammon Bundy may be called by the Defendants.

4:28 p.m.  Court adjourns.

Evidentiary Hearing continued to Tuesday, October 24, 2017, at 8:00 a.m.  Calendar Call shall be held at the conclusion of the Evidentiary Hearing.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Aaron Blazevich, Deputy Clerk