**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY, and<br>RYAN W. PAYNE,<br><br>　　　　Defendants. | 2:16-cr-46-GMN-PAL-1-4<br><br>DATE: October 31, 2017<br><br>Courtroom 7C |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich　　　COURT REPORTER: Kathy Eismann

COUNSEL FOR PLAINTIFF:  Steven Myhre, Erin Creegan, Nadia Ahmed and Daniel Schiess with FBI Agents Joel Willis and Sharon Gavin and Jury Consultant Laura Dominic

COUNSEL FOR DEFENDANT:  Bret Whipple, Maysoun Fletcher (Standby Counsel), Daniel Hill, Jay Morgan Philpot, Brenda Weksler and Ryan Norwood with Jury Consultants Karen Ginn and Lois Heaney with Legal Assistant Nikki Seubert

MINUTES OF PROCEEDINGS: Jury Trial (Day 2)

9:34 a.m.  The Court convenes outside the presence of the prospective jurors.  The Court admonishes the parties regarding courtroom demeanor.  Mr. Philpot makes representations to the Court regarding jurors who did not appear for jury duty on Monday, October 30, 2017.  The Court will inquire with the jury administrator as to the status of the five jurors who did not appear the previous day of trial.  Mr. Philpot inquires with the Court if his assistant may be able to be seated in the well and use an electronic device during court proceedings.  The Court will address this issue at a later point in time.  The Defendants request the Court presume that an objection or motion by the defense be applied to all the other defendants, unless an individual objection is made.  The Defendants and Government list the jurors they feel may be either excused or further questioned.

10:16 a.m.  The Court convenes in the presence of fifty-six (56) prospective jurors.  The prospective jurors are sworn and voir dire commences.

11:19 a.m.  The Court stands at recess for a morning break.

12:10 p.m.  The Court reconvenes outside the presence of the prospective jurors.  The Court makes statements on the record regarding the issue of excused jurors which Mr. Philpot previously raised.

The Court excuses various jurors as stated on the record.  Mr. Whipple requests the ability to individually examine various jurors.  The Court grants the request.

12:44 p.m.  The Court stands at recess for lunch.

2:17 p.m.  The Court calls in Jurors 118, 97, 108, 105, 131 and 135 outside the presence of the remaining jurors.

3:30 p.m.  The prospective jurors enter the courtroom.  Voir dire continues.

3:41 p.m.  Mr. Schiess asks questions of the prospective jurors on behalf of the Government.

3:57 p.m.  Mr. Whipple asks questions of the prospective jurors on behalf of Cliven Bundy.

4:13 p.m.  Mr. Hill asks questions of the prospective jurors on behalf of Ammon Bundy.

4:32 p.m.  Ms. Weksler asks questions of the prospective jurors on behalf of Ryan Payne.

4:50 p.m.  The remaining prospective jurors are excused and asked to report to the jury office on Wednesday, November 1, 2017, at 8:30 a.m.

4:54 p.m. Court adjourns.

Jury Trial continued to Wednesday, November 1, 2017, at 8:30 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:＿＿＿＿＿/S/＿＿＿＿＿＿＿＿
Aaron Blazevich, Deputy Clerk