THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY, and<br>RYAN W. PAYNE,<br><br>    Defendants. | 2:16-cr-46-GMN-PAL-1-4<br><br>DATE: November 1, 2017<br><br>Courtroom 7C |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich    COURT REPORTER: Patty Ganci

COUNSEL FOR PLAINTIFF: Steven Myhre, Erin Creegan, Nadia Ahmed and Daniel Schiess with FBI Agents Joel Willis and Sharon Gavin and Jury Consultant Laura Dominic

COUNSEL FOR DEFENDANT: Bret Whipple, Maysoun Fletcher (Standby Counsel), Daniel Hill, Jay Morgan Philpot, Brenda Weksler and Ryan Norwood with Jury Consultants Karen Ginn and Lois Heaney with Legal Assistant Nikki Seubert

MINUTES OF PROCEEDINGS: Jury Trial (Day 3)

8:53 a.m.  The Court convenes outside the presence of the prospective jurors.  The Court admonishes the parties regarding courtroom demeanor.  The parties discuss additional jurors which may be dismissed or called in for further questioning.

9:17 a.m.  The Court calls in Jurors 132 and 133 outside the presence of the remaining jurors.

9:55 a.m.  The remaining prospective jurors enter the courtroom.

10:00 a.m.  Mr. Ryan Bundy asks questions of the prospective jurors on behalf of himself.

10:22 a.m.  Mr. Schiess asks follow up questions of the prospective jurors on behalf of the Government.

10:46 a.m.  The jury is admonished and excused for a morning break.

11:07 a.m.  The Court reconvenes and the courtroom is sealed.  Mr. Philpot makes arguments on the record under seal.  The Court takes this matter under submission.

11:38 a.m.  The courtroom is unsealed.  The parties make requests to excuse various jurors.  The Court excuses various jurors as stated on the record.

1:12 p.m.  The Court stands at recess for lunch.

2:50 p.m.  The Court reconvenes outside the presence of the prospective jurors.  The Court excuses various jurors as stated on the record.  The Court informs Mr. Philpot that his legal assistant may use a computer in the courtroom but no information shall be given to the assistant regarding sealed proceedings and the computer must have any cameras and microphones covered with a conspicuous colored tape or paper.  The Court and parties discuss various jurors and excuse certain jurors as stated on the record.  The remaining prospective jurors are excused and asked to report to the jury office on Thursday, November 2, 2017, at 8:30 a.m.  The Court and parties discuss the remaining proceedings in regard to voir dire.

4:05 p.m.  Court adjourns.

Jury Trial continued to Thursday, November 2, 2017, at 9:00 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Aaron Blazevich, Deputy Clerk