THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY, and<br>RYAN W. PAYNE,<br><br>              Defendants. | 2:16-cr-46-GMN-PAL-1-4<br><br>DATE: November 2, 2017<br><br>Courtroom 7C |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich          COURT REPORTER: Felicia Zabin

COUNSEL FOR PLAINTIFF:  Steven Myhre, Erin Creegan, Nadia Ahmed and Daniel Schiess with FBI Agents Joel Willis and Sharon Gavin and Jury Consultant Laura Dominic

COUNSEL FOR DEFENDANT:  Bret Whipple, Maysoun Fletcher (Standby Counsel), Daniel Hill, Jay Morgan Philpot, Brenda Weksler and Ryan Norwood with Jury Consultants Karen Ginn and Lois Heaney with Legal Assistant Nikki Seubert

MINUTES OF PROCEEDINGS: Jury Trial (Day 4)

9:16 a.m.  The Court convenes outside the presence of the prospective jurors.  The Court admonishes the parties regarding courtroom demeanor.

9:21 a.m.  The Court calls in Jurors 3, 61 and 4 outside the presence of the remaining prospective jurors.  The Court excuses various prospective jurors.  Mr. Schiess requests a reconfiguration of the peremptory challenge order.  The Court will use the plan Mr. Schiess has proposed.  Mr. Norwood requests each prospective juror be canvassed on voir dire individually.  The Court will not allow each juror to be canvassed individually. Mr. Ryan Bundy makes a motion for reconsideration of the court's decision to not excuse Juror 66 for cause.  The Court denies the request.

10:00 a.m.  The Court stands at recess to allow the parties to discuss peremptory challenges.

10:20 a.m.  The Court reconvenes in the presence of the forty-seven (47) remaining prospective jurors.  Counsel exercise their peremptory challenges.

12:05 p.m.  The Court excuses the unselected jurors.  The selected jury is sworn.

12:12 p.m.  The jury is admonished and excused for the day.

12:13 p.m.  Court adjourns.

Jury Trial continued to Tuesday, November 7, 2017, at 8:30 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:        /S/
Aaron Blazevich, Deputy Clerk