BRET O. WHIPPLE, ESQ
Nevada Bar Number 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, Nevada  89104
(702) 731-0000

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

           Plaintiff,

Vs.

CLIVEN D. BUNDY,

           Defendant.

CASE NO.:  2:16-cr-00046-GMN-PAL

**DEFENDANT CLIVEN D. BUNDY'S**
**NOTICE OF EXPERT WITNESSES**

COMES NOW, BRET O. WHIPPLE, ESQ., counsel for CLIVEN D. BUNDY, ESQ., and hereby enters the following notice of expert witnesses.

DATED THIS 6th day of November, 2017

**JUSTICE LAW CENTER**
/s/ Bret O. Whipple, Esq.
Bret O. Whipple, Esq.
Bar No 6168

1

## MEMORANDUM OF POINTS AND AUTHORITIES

This is Defendant CLIVEN D. BUNDY'S notice of expert witness. Under Federal Rule of Criminal Procedure 16(b)(1)(C), Bundy hereby gives notice that he intends to call JASON KING, as an expert witness on his behalf.

## I.  QUALIFICATIONS OF MR. KING

Jason King is currently the Nevada State Engineer. He joined the Nevada Division of Water Resources as a Hydraulic Engineer in 1991. Since that time, he has worked as Chief of the Engineering and Dam Safety Section, Chief of the Water Rights Section, Deputy State Engineer and was Acting State Engineer before being appointed to Nevada State Engineer in April 2010. The State Engineer's Office is responsible for the appropriation, adjudication and regulation of all waters within the state, and has oversight of water well drilling activities, dam safety, water planning and floodplain management. Jason has negotiated on Nevada's behalf on numerous interstate water disputes and is a member of the State Environmental Commission. Jason earned his Civil Engineering degree from the University of New Mexico and is a Registered Professional Engineer.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JUSTICE LAW CENTER

Tel (702) 731-0000 Fax (702) 974-4008

## II.    SUMMARY OF MR. KING'S TESTUMONY

Jason King will testify on: Nevada water rights and infrastructure, Nevada water law, water right improvements upon the land, how water rights are acquired, used, and administered in Nevada, and the relationship between Nevada's management of water within the State and Federal law.

DATED THIS 6th  day of November, 2017

**JUSTICE LAW CENTER**
/s/ Bret O. Whipple, Esq.
Bret O. Whipple, Esq.
Bar No 6168

**JUSTICE LAW CENTER**
Tel (702) 731-0000 Fax (702) 974-4008

1

2

### **CERTIFICATION OF SERVICE**

3

4     I hereby certify that on the 6th day of November, 2017 a true and correct copy of the

5     foregoing NOTICE OF EXPERT WITNESS was delivered via E-filing to:

6

7     DANIEL BOGDEN
8      United States Attorney

9     STEVEN MYHRE
10    First Assistant United States Attorney

11    NICHOLAS DICKINSON
      Assistant United States Attorney
12

13    NADIA AHMED
      Assistant United States Attorney
14

15    ERIN M. CREEGAN
      Assistant
16    United States Attorney

17    501 Las Vegas Blvd. South, Suite 1100
18     Las Vegas, NV 89101

19                              ___/S/ Tatum Wehr___
20                              An Employee of Justice Law Center

21

22

23

24

25

26

27

28

JUSTICE LAW CENTER
Tel (702) 731-0000 Fax (702) 974-4008