**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY, and<br>RYAN W. PAYNE,<br><br>                Defendants. | 2:16-cr-46-GMN-PAL-1-4<br><br>DATE: November 15, 2017<br><br>Courtroom 7C |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich          COURT REPORTER: Heather Newman and Patty Ganci

COUNSEL FOR PLAINTIFF: Steven Myhre, Nadia Ahmed and Daniel Schiess with FBI Agents Joel Willis, Sharon Gavin and Mike Abercrombie

COUNSEL FOR DEFENDANT: Bret Whipple, Maysoun Fletcher (Standby Counsel), Daniel Hill, Jay Morgan Philpot, Brenda Weksler and Ryan Norwood

MINUTES OF PROCEEDINGS: Jury Trial (Day 7)

9:23 a.m.  The Court convenes outside the presence of the prospective jurors.  The Court admonishes the parties regarding courtroom demeanor.  The Court informs the parties that a jury note was received by the juror with a time conflict on November 16, 2017.  The parties would like to proceed and see how far they can get during today's proceedings before they can make a decision on whether to proceed with trial on Thursday, November 17, 2017, or to be dark.  Mr. Ryan Bundy makes an oral motion for mistrial.  The motion is **DENIED**.  Mr. Hill indicates that Ammon Bundy will reserve his opening statement at this time.  Mr. Myhre addresses potential concerns regarding Mr. Ryan Bundy's opening statements.

9:40 a.m.  The jury enters the courtroom.  Mr. Ryan Bundy provides opening statements on his own behalf.

11:00 a.m.  The jury is admonished and excused for lunch.

1:34 p.m.  The Court reconvenes in the presence of the jury.  Mr. Norwood provides opening statements on behalf of Mr. Ryan Payne.

2:16 p.m.  **MARY JO RUGWELL**, called on behalf of the Government, is sworn and testifies on direct examination by Mr. Schiess.  **EXHIBITS 1 and 251 are ADMITTED into evidence.**

3:28 p.m.  The jury is admonished and excused for an afternoon break.

3:49 p.m.  Ms. Weksler requests clarification from the Court regarding rulings on Motions in Limine.  The Court states its ruling on the record.

3:53 p.m.  The jury enters the courtroom.  **MARY JO RUGWELL**, called on behalf of the Government and previously sworn, continues testifying on direct examination by Mr. Schiess.  **EXHIBITS 2 and 3 are ADMITTED into evidence.**

4:31 p.m.  The jury is admonished and excused for the evening.  The Court stands at recess.

Jury Trial continued to Thursday, November 16, 2017, at 12:30 p.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:            /S/
Aaron Blazevich, Deputy Clerk