THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY, and<br>RYAN W. PAYNE,<br><br>        Defendants. | 2:16-cr-46-GMN-PAL-1-4<br><br>DATE: November 16, 2017<br><br>Courtroom 7C |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich            COURT REPORTER: Felicia Zabin

COUNSEL FOR PLAINTIFF: Steven Myhre, Nadia Ahmed and Daniel Schiess with FBI Agents Joel Willis, Sharon Gavin and Mike Abercrombie

COUNSEL FOR DEFENDANT: Bret Whipple, Maysoun Fletcher (Standby Counsel), Daniel Hill, Jay Morgan Philpot, Brenda Weksler and Ryan Norwood

MINUTES OF PROCEEDINGS: Jury Trial (Day 8)

12:40 p.m.  The Court convenes outside the presence of the prospective jurors.  The Court admonishes the parties regarding courtroom demeanor.  Mr. Philpot requests Mr. Ryan Bundy be allowed to travel with the defense team to various locations.  The Court will take this matter under submission.

12:49 p.m.  The Jury enters the courtroom.  **MARY JO RUGWELL**, called on behalf of the Government and previously sworn, continues testifying on direct examination by Mr. Schiess.  Mr. Whipple conducts cross examination on behalf of Mr. Cliven Bundy.  **EXHIBIT 5, 6 and 7 are ADMITTED into evidence.  EXHIBITS 8000-3, 8000-13, 8000-16, 8000-22 and 8000-23 are marked but not admitted at this time.**

2:42 p.m.  The jury is admonished and excused for an afternoon break.

3:11 p.m.  The jury enters the courtroom. **MARY JO RUGWELL**, called on behalf of the Government and previously sworn, continues testifying on cross examination by Mr. Whipple on behalf of Mr. Cliven Bundy.  Ms. Weksler conducts cross examination on behalf of Mr. Ryan Payne.  Mr. Ryan Bundy conducts cross examination on his own behalf.  Mr. Philpot conducts cross examination on behalf of Mr. Ammon Bundy.  Mr. Schiess conducts redirect examination on behalf of the Government.  Mr. Whipple conducts redirect examination on behalf of Mr. Cliven Bundy.  Mr. Ryan

Bundy conducts cross examination on his own behalf.  Mr. Philpot conducts recross examination on behalf of Mr. Ammon Bundy.  **EXHIBITS 8000-23 and 8000-52 are ADMITTED into evidence. EXHIBIT 8000-1 is marked but not admitted at this time.**

5:03 p.m.  The jury is excused for a restroom break.

5:10 p.m.  The jury enters the courtroom.  **MARY JO RUGWELL**, called on behalf of the Government and previously sworn, answers questions posed by the jury as read by the Court.  Mr. Schiess conducts follow up direct examination on behalf of the Government.  Mr. Whipple conducts follow up cross examination on behalf of Mr. Cliven Bundy.  Mr. Philpot conducts follow up cross examination on behalf of Mr. Ammon Bundy.  Mr. Schiess conducts follow up redirect examination on behalf of the Government.  Mr. Whipple conducts follow up recross examination on behalf of Mr. Cliven Bundy.  Mr. Schiess conducts follow up redirect examination on behalf of the Government.  The witness is excused.

5:50 p.m.  The jury is admonished and excused for the evening.

5:52 p.m.  The Court addresses issues outside the presence of the jury.  The Court indicates that Mr. Ryan Bundy's request to travel with the defense team is granted on the condition that he keeps his Pretrial Services Officer apprised of his location and routes.  Ms. Weksler addresses issues regarding behavioral analysis units which may become an issue upon the government calling witness **RAND STOVER**.  The Government responds.  The Court informs the parties to contemplate any potential objections to exhibits prior to Monday morning.

6:00 p.m.  The Court stands at recess.

Jury Trial continued to Monday, November 20, 2017, at 8:00 p.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Aaron Blazevich, Deputy Clerk