**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-46-GMN-PAL-1-4 |
| vs. | DATE: November 28, 2017 |
| CLIVEN D. BUNDY, RYAN C. BUNDY, AMMON E. BUNDY, and RYAN W. PAYNE, | Courtroom 7C |
| Defendants. | |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich       COURT REPORTER: Kathy Eismann

COUNSEL FOR PLAINTIFF:  Steven Myhre, Nadia Ahmed and Daniel Schiess with FBI Agents Joel Willis, Sharon Gavin and Mike Abercrombie

COUNSEL FOR DEFENDANT:  Bret Whipple, Maysoun Fletcher (Standby Counsel), Daniel Hill, Brenda Weksler and Ryan Norwood

MINUTES OF PROCEEDINGS: Jury Trial (Day 13)

10:23 a.m.  The Court convenes outside the presence of the prospective jurors.  The Court makes preliminary statements regarding the continuation of testimony of witness **ROBERT SHILAIKIS**.  Mr. Norwood makes representations regarding the recordings of the testimony regarding Clancy Cox.  Mr. Myhre responds.

11:11 a.m.  The Court stands at recess.

1:18 p.m.  The Court reconvenes outside the presence of the jury.  The Court admonishes the parties regarding courtroom demeanor.  Ms. Weksler requests the Government make timely objections to evidence and for a limiting instruction.  Mr. Myhre responds.  The Court declines the request.  Ms. Weksler withdraws her request for a limiting instruction.

1:38 p.m.  The jury enters the courtroom.  **ROBERT SHILAIKIS**, called on behalf of the Government and previously sworn, testifies on redirect examination by Mr. Myhre.  Mr. Whipple conducts recross examination on behalf of Mr. Cliven Bundy.  Mr. Ryan Bundy conducts recross examination on behalf of himself.  Mr. Hill conducts recross examination on behalf of Mr. Ammon Bundy.  Mr. Norwood conducts recross examination on behalf of Mr. Ryan Payne.  **EXHIBITS 276A & 267B are ADMITTED into evidence.**

3:10 p.m.  The jury is admonished and excused for an afternoon break.

3:36 p.m.  The jury enters the courtroom.  **ROBERT SHILAIKIS**, called on behalf of the Government, answers questions from the jury as read by the Court.  Mr. Ryan Bundy asks follow up questions on behalf of himself.  Mr. Hill asks follow up questions on behalf of Mr. Ammon Bundy.  The witness is excused, subject to recall at a later date.

4:19 p.m.  The jury is admonished and excused for the evening.

4:20 p.m.  The Court reconvenes outside the presence of the jury.  Mr. Ryan Bundy requests the Court modifies Mr. Ryan Bundy's conditions of release from house arrest to curfew (to be home from 7:00 p.m. – 7:00 a.m.).  Mr. Ryan Bundy is advised to continue informing the Pretrial Office of his whereabouts.

4:21 p.m.  The Court stands at recess.

The Court will reconvene at 8:00 a.m. on Wednesday, November 29, 2017.  The jury will return at 1:00 p.m. on Wednesday, November 29, 2017.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:             /S/
Aaron Blazevich, Deputy Clerk