**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY, and<br>RYAN W. PAYNE,<br><br>                    Defendants. | 2:16-cr-46-GMN-PAL-1-4<br><br>DATE: November 29, 2017<br><br>Courtroom 7C |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich          COURT REPORTER: Patty Ganci

COUNSEL FOR PLAINTIFF:  Steven Myhre, Nadia Ahmed and Daniel Schiess with FBI Agents Joel Willis, Sharon Gavin and Mike Abercrombie

COUNSEL FOR DEFENDANT:  Bret Whipple, Maysoun Fletcher (Standby Counsel), Daniel Hill, Jay Morgan Philpot, Brenda Weksler, Ryan Norwood and Amy Cleary

MINUTES OF PROCEEDINGS: Motion Hearing and Jury Trial (Day 14)

8:30 a.m.  The Court convenes outside the presence of the jury.  Mr. Philpot states that he will defer argument to Ms. Weksler.

8:34 a.m.  The courtroom is **SEALED**.  Ms. Weksler makes oral arguments on Mr. Payne's Sealed Motions to Dismiss (ECF Nos. 2883 and 2906). Ms. Cleary makes additional representations.

10:26 a.m.  The Court stands at recess for a morning break.

10:49 a.m.  The Court reconvenes outside the presence of the jury.  Mr. Myhre, Ms. Ahmed and Mr. Schiess respond to Ms. Weksler's arguments on behalf of the Government.  Special Agent Gavin addresses the Court.  The Court will take these matters under submission.

12:22 p.m.  The Court stands at recess for lunch.  Courtroom **UNSEALED**.

1:42 p.m.  The Court convenes in the presence of the jury.  **VICTORIA WORFOLK**, called on behalf of the Government, is sworn and testifies on direct examination by Ms. Ahmed.  Mr. Ryan Bundy conducts cross examination on behalf of himself.  **EXHIBITS 22, 23A (Pages 1-10) and 258 are ADMITTED into evidence.**

3:27 p.m.  The jury is admonished and excused for the evening.

3:51 p.m.  The Court reconvenes outside the presence of the jury.  Detention hearings begin as to Mr. Ammon Bundy, Mr. Cliven Bundy and Mr. Ryan Payne.  Mr. Ammon Bundy released on bond.  Mr. Cliven Bundy released on bond but states he wishes to remain in custody.   Mr. Ryan Payne is released on bond but the order is stayed until Judge Anna Brown enters an order regarding Mr. Payne's detention status in the Oregon case.  Mr. Ryan Bundy's conditions of release are modified to allow him to live with his family in Mesquite until 7:00 p.m. on Sunday, December 10, 2017.  Mr. Ryan Bundy may be at either the Mesquite home or the North Las Vegas home on any day until December 10, 2017, as long as he keeps the Pretrial Office informed and complies with the conditions of his curfew.

4:21 p.m.  The Court stands at recess.

Jury trial continued to Monday, December 11, 2017, at 8:00 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.

                                              DEBRA K. KEMPI, CLERK
                                              U.S. DISTRICT COURT

                                              BY:_____/S/_____
                                              Aaron Blazevich, Deputy Clerk