BRET O. WHIPPLE, ESQ
Nevada Bar Number 6168
**JUSTICE LAW CENTER**
Fax: 702-974-4008
Attorney for Cliven D. Bundy

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY,<br><br>Defendant. | CASE NO.: 2:16-cr-00046-GMN-PAL-1<br><br>**<u>DEFENDANT CLIVEN D. BUNDY'S MOTION FOR JOINDER TO SEALED MOTION (ECF NO. 2959)</u>** |

    Defendant, CLIVEN D. BUNDY, by and through his counsel, Bret O. Whipple, Esq. of Justice Law Center, hereby moves this Court for an Order to allow Cliven D. Bundy to join the Defendant Ryan Payne's Motion [ECF No. 2959].

    Bundy hereby incorporates the points and authorities and arguments presented in Defendant's aforementioned motion, and respectfully requests leave to join the motion in order to conserve judicial resources and time.

    DATED this 7th day of December, 2017.

                                                                                            **JUSTICE LAW CENTER**
                                                                            /S/ Bret O. Whipple
                                                                   Bret O. Whipple, Esq.
                                                                   Nevada Bar No. 6168

*JUSTICE LAW CENTER*
*Tel (702) 731-0000 Fax (702) 974-4008*

1

## CERTIFICATION OF SERVICE

I hereby certify that on the 7th day of December 2017, a true and correct copy of the foregoing Motion to Join Doc 2959 was delivered via E-filing to:

DANIEL BOGDEN
United States Attorney

STEVEN MYHRE
First Assistant United States Attorney

NICHOLAS DICKINSON
Assistant United States Attorney

NADIA AHMED
Assistant United States Attorney

ERIN M. CREEGAN
Assistant
United States Attorney

501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101

                                                                     /S/ Tatum Wehr
                                          An Employee of Justice Law Center

**JUSTICE LAW CENTER**
Tel (702) 731-0000 Fax (702) 974-4008