**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY, and<br>RYAN W. PAYNE,<br><br>        Defendants. | 2:16-cr-46-GMN-PAL-1-4<br><br>DATE: December 11, 2017<br><br>Courtroom 7C |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich      COURT REPORTER: Heather Newman

COUNSEL FOR PLAINTIFF:  Steven Myhre, Nadia Ahmed and Daniel Schiess with FBI Agents Joel Willis, Sharon Gavin and Mike Abercrombie

COUNSEL FOR DEFENDANT:  Bret Whipple, Maysoun Fletcher (Standby Counsel), Daniel Hill, Jay Morgan Philpot, Brenda Weksler, Ryan Norwood, Amy Cleary and Shari Kaufman

MINUTES OF PROCEEDINGS: Jury Trial (Day 15)

8:30 a.m.  The Court convenes outside the presence of the jury.  The Court makes preliminary statements.  Mr. Schiess requests the Government be able to file a supplemental response to the Defendants' motions (ECF Nos. 2883, 2906, and 2856).  The Court states its initial findings on the record regarding.  The Court will allow the Government to file its supplemental response.  The jury is excused for the day and is instructed to return to the Court on Wednesday, December 13, 2017, at 9:00 a.m.

10:04 a.m.  The Court stands at recess for a morning break.

10:27 a.m.  The Court reconvenes outside the presence of the jury.  The Courtroom is **SEALED**. Ms. Weksler makes arguments in support of Ryan Payne's motions (ECF Nos. 2883 and 2906).  Mr. Whipple makes additional arguments.  Mr. Schiess responds.  The Government shall have until 12:00 p.m. on Thursday, December 14, 2017, to file a supplemental response.  The Defendants shall have until 5:00 p.m. on Monday, December 18, 2017, to file a reply to the Government's supplemental response.  Mr. Ryan Bundy requests modifications to his terms of supervised release.

///
///
///

12:29 p.m.  The Court stands at recess.

Jury trial continued to Wednesday, December 20, 2017, at 8:00 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro. The jury will be instructed to return to the Court on Wednesday, December 20, 2017, at 9:00 a.m.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:            /S/
Aaron Blazevich, Deputy Clerk