# Exhibit 1

***LAW ENFORCEMENT SENSITIVE***

United States Department of the Interior

BUREAU OF LAND MANAGEMENT – LAW ENFORCEMENT
NATIONAL PARK SERVICE – LAW ENFORCEMENT

| BLM and NPS OPERATIONAL COMPONENT PLAN | DATE PREPARED: March 26, 2014 |
| --- | --- |
| EVENT: Gold Butte Cattle Impound | CASE NUMBER: LM14003787 |
| LOCATION: Gold Butte Area, Clark County, NV | RETURN TO: Rand Stover, BLM, ASAC Region 3 |

**OPERATIONAL PERIOD**

**April 5, 2014 – May 5, 2014**

***Dates Subject to Change***

**NAME OF EVENT**

**Operation "Gold Butte Cattle Impound"**

**Type of Operation:** Overt

**BLM UNIFORM OF THE DAY:** Tan/Tan with Tan or Black Boots
**NPS UNIFORM OF THE DAY:** PWR-SETT Duty issued uniform

**POLICY**

**All cooperating agencies will follow their respective agency approved protocols.

**BLM**

**Use of Force:** Per BLM General Order 14
**Vehicle Stops and Pursuits:** Per BLM General Order 22
**Use of Controlled Tire Deflation Devices:** Not authorized for use by BLM personnel
**Serious Incidents and Reporting Guidelines:** Per BLM General Order 29
**Critical Incidents:** Per BLM General Order 13
**Investigations:** Per BLM General Order 27
**Undercover Operations:** Per BLM General Order 35
**Police Canine Program:** Per BLM General Order 36

**NPS**

**Use of Force:** RM-9 Chapter 10
**Use of Deadly Force:** RM-9 Chapter 11
**Investigations Management:** RM-9 Chapter 15

This report is property of the BLM, Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for **OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.

**Emergency Response, Pursuit and Roadblocks:** RM-9 Chapter 18
**Electronic Control Device:** RM-9 Chapter 32
**Incident Notification Requirements and Procedure:** RM-9 Chapter 36
**Vehicle Impound:** Lake Mead Operational Guidelines

## USPP

**Use of Force:** Per USPP General Order 3615
**Use of Electronic Control Devices:** Per USPP General Order 3605.06
**Demonstrations and Special Events:** Per USPP General Order 2301
**Defensive Equipment:** Per USPP General Order 3605
**Management of Use of Deadly Force Incidents:** Per NPS RM-9 Chapter 11

## OPERATIONAL SECURITY PROCEDURES

1. Sign for the Gold Butte Cattle Impound Operation Plan.
2. Secure all sensitive materials.
3. Do not leave sensitive materials in areas that may be viewed by members of the public.
4. Do not discuss the operation in public places during off-duty hours.
5. Report any attempts by members of the public to gain information about the operation to the Investigative Division.
6. Report any surveillance/counter surveillance to Investigative Team Leader Mike Johnson.
7. Turn in Gold Butte Cattle Operation Plan at completion of assignment.
8. Each officer must be processed out by their Operations Section Commander or designee prior to departing for their home duty station.
9. All officers will notify command once they've reached their respective home office safely.

## JURISDICTION

The Bureau of Land Management (BLM) will enforce agency regulations and federal statutes on public lands they administer. This impoundment is consistent with federal court orders and is within BLM policy for dealing with trespass cattle. BLM law enforcement's role is to execute federal court orders, enforce a closure order, and ensure the safety of contractors and BLM/NPS employees throughout the execution of the impoundment. BLM's law enforcement authority to enforce federal laws on public lands is derived from 43 USC 1733, Federal Land Policy Management Act (FLPMA).

The National Park Service (NPS) will enforce agency regulations and federal statutes on public lands they administer. This impoundment is consistent with federal court orders. NPS law enforcement's role is to execute federal court orders, enforce a closure order, and ensure the safety of contractors and NPS/BLM employees throughout the execution of the impoundment. NPS's law enforcement authority to enforce federal laws on public lands is derived from 16 USC 1a-6b, General Authorities Act of 1976.

All BLM, NPS, USPP, and USFS law enforcement personnel will participate in cross delegation training prior to the start of the impound operation providing all law enforcement personnel authority to enforce federal laws and regulations on federal lands managed by each agency.

This report is property of the BLM, Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for **OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.




# LOCATION

The overall operational area is BLM/NPS lands in and around the Gold Butte area. The nearest city is Mesquite, Nevada to the northeast. There will be a federal Closure Order in place throughout the operation encompassing approximately 578,724 acres of public lands.

**<u>Operational Area may change on daily basis. See daily Incident Action Plan (IAP) for current operational area.</u> (See Area Maps - Section #3)**

Operational Area is shown below:




This report is property of the BLM, Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for **OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.

## EVENT DESCRIPTION, ORGANIZATION, & PLANNED ACTIVITIES

**BACKGROUND INFO:**

The United States has documented a significant level of trespass grazing on federal lands that include critical desert tortoise habitat, archeological resources, and a potential National Conservation Area. The trespass cattle are owned by Mr. Cliven Bundy and/or are apparent feral offspring of his cattle. In 1998, the U.S. District Court in the District of Nevada issued a permanent injunction prohibiting Bundy from placing any livestock on federal lands in the former Bunkerville Allotment. There was no expiration date on the permanent injunction and Bundy remains in violation of the court order.

Additionally, in the summer and fall of 2013, a federal District Judge ruled Bundy's cattle have caused, and continue to cause, damage to natural and cultural resources and pose a threat to public safety. The District Judge ruled the public interest is best served by having the federal lands managed without the presence of trespassing cattle on lands closed to grazing. The ruling stated the public interest is also best served by removal of trespassing cattle and the public interest is negatively affected by Bundy's continued trespass. Through rulings in two separate federal court orders, the District Judge granted the United States injunctive relief to prevent continued trespass. By these court orders, Bundy was permanently enjoined from trespassing cattle in the area. The District Judge ordered the United States is entitled to protect the Gold Butte area against the current trespass and all future trespass by Bundy.

The 2013 court orders allowed Bundy a period of 45 days to remove his livestock from the area and granted the United States authority to seize and remove to impound any of Bundy's cattle that remained in trespass after the 45 day period. The 45 day allowance expired on November 22, 2013.

**OPERATIONAL DETAILS:**

Primary Objective: The BLM and NPS will move to enforce two federal court orders by removing illegal trespass cattle which have significantly impacted critical habitat and cultural resources, and posed risks to the public in and around Gold Butte and the Overton Arm area.

This operation involves the removal of trespass cattle and range improvements over an approximate 578,724 acre area.

Operational Objective: To execute the two federal court orders which permanently enjoin Bundy from illegally grazing cattle on public lands in and around the Gold Butte area in a safe and efficient manner.

A Closure Order has been published in the Federal Register. It will be in "full force and effect" from 03/27/14 – 05/12/14.

**CHARGE CODES:**

**BLM**: All travel/per diem, vehicle mileage, base 8, and authorized overtime will be charged to:

XXX.LLNV934000.L71220000.NU0000.LVTFFX00080A

**NPS and USFS charge codes TBD**

***The above charge code(s) are not to be used for incidental purchases unless prior approval is

This report is property of the BLM, Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for **OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.




received from the Incident Commander or the Deputy Incident Commander***

**OFFENSE OR VIOLATION**:

Failure to Obey Court Order to Remove Trespass Livestock from Public Lands

This impoundment is consistent with two 2013 federal court rulings in the District of Nevada. The mission of BLM and NPS law enforcement is to execute the court orders and ensure the safety of contractors and BLM/NPS employees throughout the operation. BLM's law enforcement authority to enforce federal laws on public lands is derived from 43 USC 1733, Federal Land Policy Management Act (FLPMA). NPS's law enforcement authority to enforce federal laws on National Park Service lands is derived from 16 USC 1a-6b, General Authorities Act of 1976.

Obstruction of Federal Court Orders:
 18 USC 1509

Contempts Constituting Crimes
 18 USC 402

Cattle Trespass on Federal Lands:
 36 CFR 2.60(a) NPS Livestock Use Regulations
 43 USC 315 (a) Taylor Grazing Act
 43 USC 1752 Federal Land Policy Management Act
 43 CFR 4130, 4140.1(b), 4150 BLM Grazing Regulations

Unauthorized Use:
 43 CFR 2920.1-2 BLM Unauthorized Use Regulations

Endangered Species Act of 1973:
 50 CFR 424.20

Violation of a Closure Order:
 43 CFR 8364.1(a)(d)

Law enforcement operations for the operation will be supported by several agencies.

- BLM Law Enforcement
- National Park Service
- U.S. Park Police
- U.S. Forest Service Law Enforcement
- FBI

During the Gold Butte Cattle Impound Operation the BLM and the National Park Service (NPS) will utilize a Unified Command System with Agency Administrators, an Incident Commander (IC), a Deputy Incident Commander (DIC), an Operations Chief (Ops Chief), a Logistics Chief (Logistics Chief), and a Finance Section Chief.

This report is property of the BLM, Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for **OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited.
Public availability to be determined by 5 U. S. C. 552.

83 BLM law enforcement officers, 23 NPS law enforcement officers, 3 USFS law enforcement officers, and 25 FBI law enforcement officers will be involved in this operation. These officers will be assigned to specialized teams spread over the approximate 578,724 acres. A majority of BLM/NPS/USFS law enforcement personnel will be working in a closed, remote area. Incident Action Plans (IAPs) will be provided to determine daily areas of operation.

Officers will be divided into 6 components:

- Unified Command
- Trap Operations
- Security & Off Site Operations
- Movement Support & Reaction Operation
- Night Operations
- Medical Operations

(see Operational Teams Section below)

**OPERATIONAL AREAS:**

This operation, by its very nature, will be fluid as it will consist of a cattle impound over a large area. Management of the operation will be under an Incident Command System (ICS) expanded into a Unified Command. The ICS system is used for incident management and universally recognized as an effective way to organize and manage people and resources in a way that facilitates accomplishing a mission. In the civilian world, this structure is scalable to fit most situations and is based directly off a military model. This operation is primarily law enforcement based with a major security component. There will be a formal operational plan as a base for direction and guidance. Once the operation begins, daily planning/strategy sessions will determine the operational area for the next day through an Incident Action Plan (IAP). The IAP will be disseminated to all personnel at a daily briefing.

**STAGING AREAS:**

**Primary Staging Area**: The Incident Command Post (ICP) will serve as the primary staging area each day.

**Secondary Staging Area**: The secondary staging area will be the Logandale Fire Station. The Logandale Fire Station will also serve as the secondary rally point in the event the ICP is not available.

In the event of a critical incident or other identifiable operation need:

**Primary Rally Point**: Section Commanders will designate the rally points for their respective teams each day.

**Secondary Rally Point**: Incident Command Post

**Drop Points**: Drop Points have been identified throughout the closure area allowing personnel to readily communicate known locations in the field.

This report is property of the BLM, Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for **OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.




## BLM OPERATIONAL OBJECTIVES

1. To execute two federal court orders by seizing for impound all trespass cattle.
2. To remove unauthorized range improvements from the Gold Butte area.
3. To secure and protect BLM/NPS employees and contractors who assist in executing the federal court orders and removal of unauthorized range improvements.
4. To enforce a temporary closure order in effect for the Gold Butte area.
5. To operate in an efficient and safe manner.

## OPERATIONAL TEAMS

**LAW ENFORCEMENT COMMAND STAFF:**

The Unified Command Staff will be comprised of the Incident Commander, the Deputy Incident Commander, and Agency Administrators from participating federal law enforcement agencies. The Unified Command Staff will provide oversight of the entire operation to include the law enforcement function, contractor operations, logistics, resource protection, and media relations. The Unified Command will make all final decisions affecting the operation. Members will provide input at daily strategy/planning meetings, coordinate with outside agencies, and manage critical incidents.

**TRAP OPERATIONS:**

Trap Operations will be staffed by law enforcement officers assigned to the Trap Team, Interdiction Team, Investigative Team, and day shift LP/OP Team. The Trap Operations component will work 12 hour shifts throughout the event and will be supervised by the Trap Operations Commander. Overall security for the operation will be positioned in a concentric ring format allowing for multiple layers of security. Trap Operations LEOs will hold two of the three concentric rings of security during daily gather operations.

**Trap Team**: Members of the Trap Team will work as single units in close proximity to the physical trap locations set by the contractor each day. They will make up the inner-most ring of security and be responsible for enforcing federal laws and regulations, protecting government employees, contractors, and government property at the trap site. The Trap Team will operate in multi-cam uniforms with subdued police markings. During active gather operations, the Trap Team will work on foot and maintain relatively fixed positions unless responding to an immediate threat or critical incident. Trap Team members will work closely with contractors who herd livestock into trap areas via helicopter and/or horseback. Trap Team members will not engage in herding livestock, but will provide security at the trapping location(s). The Trap Team will include one designated BLM medic who will act as a first responder in the event of a medical or critical incident near the trap site.

**Interdiction Team**: The Interdiction Team will consist of 10 Rangers and Special Agents, working as double units. They will provide security for the operation by establishing an intermediate perimeter between the Trap Team and the Closure Team. The Interdiction Team will make up the second ring of security approximately 1-2 miles away from the physical trap location. Members will be responsible for enforcing federal laws and regulations, enforcing the closure order, and responding to potential threats they identify or those identified by the

This report is property of the BLM, Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for **OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.




LP/OP Teams or other teams. The Interdiction Team Leader will have the option of assigning patrols to utilize ATVs, UTVs and/or motorcycles depending on the terrain of the operational area. The Interdiction Team will adjust their positioning relative to the trap location based on intelligence gathered, terrain, potential areas of vulnerability, identified threats, and/or contractor operations.

When potential threats are identified, the closest Interdiction Team units will immediately respond to prevent the threat from further encroaching on the trap location. The Interdiction Team units not responding to the threat will be cognizant of diversionary tactics and will adjust their positioning to maintain a complete intermediate security perimeter. In the event any Interdiction Team unit requires additional resources, the unit should notify Dispatch immediately. Officers from the Mobile Reaction Team/Forward Operating Base (FOB) and/or the Investigative Team will respond as force multiplying units.

**Investigative / 1st Amendment Team**: The Investigative/1st Amendment Team (Investigative Team) will be responsible for collecting, updating, and disseminating information/intelligence gathered during the operation. They will work as dual units in unmarked BLM law enforcement vehicles except for the K9 unit and the designated uniformed USFS LEO. The team will investigate any incidents/crimes that occur during the operation which may warrant law enforcement action beyond a federal citation. This includes, but is not limited to, use of force incidents, damage to government property, threats against government employees, threats against government contractors, interference with the operation, depredation of government property, and theft of government property. The Investigative Team will coordinate with the FBI on intelligence gathering and investigations involving assaults on federal law enforcement officers or employees. They will also be responsible for conducting plain clothes investigations/operations in designated demonstration areas or areas which may require a covert law enforcement presence. They will attempt to detect and prevent violations of law while engaged in this role.

The Investigative Team will act as a force multiplying unit in the event a large law enforcement presence is required in a concentrated area or during a critical incident. One member of the Investigative Team will be assigned to capture a video recording of the critical incident and surrounding environment from the law enforcement perspective.

In the event of an arrest, the Investigative Team will take physical custody of the subject(s) from the arresting LEO and coordinate the transport of the arrestee(s) to the Henderson City Jail for booking. The Investigative Team Leader will inform the Operations Section Chief and the Unified Command of the arrest. The Investigative Team Leader will designate members of the Investigative Team to act as affiants on affidavits in support of federal arrest warrants and/or federal search warrants where applicable. This will be done in coordination with the SNDO Court Liaison Officer and the U.S. Attorney's Office.

The FBI will investigate all critical incidents involving federal personnel assigned to the operation. However, the Investigative Team will respond to any significant critical incident and will contain the scene until FBI agents and the FBI Evidence Response Team arrive. The

This report is property of the BLM, Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for **OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.




Investigative Team will remain in place until they are relieved of their duties, but the team will be available to assist the FBI in processing the scene, if necessary.

**LP/OP Teams (Day Shift)**: LP/OP Teams will be strategically placed at elevated positions around the trap site each day. They will operate as dual units and maintain a 360-degree visual surveillance of trap operations at all times when feasible. The LP/OP Teams will have the option of using ATVs, UTVs and/or motorcycles depending on the terrain of the operational area. The LP/OP Teams will wear multi-cam attire with subdued police markings. The LP/OP Teams will be responsible for identifying vehicles, OHVs, aircraft, or individuals that enter the area of operations, violating the closure order. The LP/OP Teams will relay the location and identifying information of potential threats to the Interdiction Team Leader who will assign a unit to respond. The LP/OP Teams will assist the Interdiction Team Leader with repositioning units to maintain the intermediate security perimeter. LP/OP Teams will also communicate potential safety concerns to the on scene Project Inspector and Operations Section Chief.

LP/OP Teams will utilize binoculars, spotting scopes, night vision goggles, and thermal imaging devices as appropriate to maintain visual surveillance of trap operations. The LP/OP Teams will have agency issued rifles with them at all times. Team members will not utilize rifle optics to conduct surveillance unless they identify a threat and deem the use of deadly force may be eminent.

**(Duties, Procedures, Protocols, and Rules specific to the Gold Butte Impound – Section #2)**

**SECURITY/OFF-SITE OPERATIONS**:
The Security/Off Site Operations section (Security Operations) will consist of law enforcement officers assigned to the Interstate Escort Team, Load/Hold/ICP Team, Auction Team, Closure Team, Demolition Team, POI/Media Escort Team, and SNDO Security Team. Security Operations will work 12 hour shifts throughout the event and be supervised by the Security/Off Site Commander.

**Loading/Holding/ICP Team**: The Loading/Holding/ICP Team (Holding Team) will be stationed at the main cattle holding area and the ICP. Members, operating as single units, will be responsible for securing the area immediately adjacent to the ICP. They will control access to the ICP by preventing unauthorized individuals from entering the area via I-15, under the I-15 overpass, or via surrounding gravel access roads. Units will provide security in, and around, the area of the ICP occupied by the government contractor and the cattle holding pens. The Holding Team Leader will post one unit on the mesa immediately to the northeast of the ICP. That unit will assume an LP/OP position over the ICP and will be responsible for identifying any threats attempting to enter the immediate area surrounding the ICP. The LP/OP unit will establish and maintain radio communication with Dispatch.

**Interstate Escort Team**: The contractor hired to gather the trespass cattle will periodically ship livestock to 'R' Livestock Sale Barn in Monroe, UT via truck. The Interstate Escort Team will provide security for the livestock trucks during all movements to, and from, Monroe, UT. The Interstate Escort Team will utilize unmarked Special Agent vehicles, placing one vehicle immediately in front of the livestock truck(s) and one vehicle immediately behind the livestock

This report is property of the BLM, Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for **OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.




truck(s). A third vehicle will act as a pilot car and will travel along the designated route approximately 5-10 minutes before the main transport convoy.

In the event any individuals or entities attempt to interfere with the transportation of the impounded cattle, the Interstate Escort Team will contact the ICP via cell phone and the Highway Patrol from Nevada, Arizona, or Utah depending on jurisdiction.

If the convoy is stopped by local law enforcement or encounters a road block, all officers and transport truck drivers will remain in their vehicles except for the Escort Team Leader. If feasible, the Escort Team Leader will notify dispatch of the local law enforcement presence or road block prior to exiting his vehicle. The Escort Team Leader will exit his vehicle and make contact with the on scene senior local law enforcement officer. If the road is blocked by a non-law enforcement entity, the Escort Team Leader will immediately contact the respective Highway Patrol and local law enforcement jurisdiction. If federal law enforcement officers or contractors are detained or arrested by local authorities on account of their official duties they should - COOPERATE - DO NOT RESIST. As soon as possible, the Escort Team Leader will contact the Security/Offsite Commander who will immediately notify the Operations Section Chief and the Incident Commander. They will contact the U.S. Attorney in the appropriate judicial district to seek the immediate release of the officer(s). They will also contact the FBI, who may investigate and the U.S. Marshals Service, who will enforce court orders relating to the release of the officer(s).

When not engaged in interstate transport activities, the Interstate Escort Team will supplement the Holding Team and act as a force multiplying unit in the event a large law enforcement presence is required in a concentrated area or during a critical incident.
When not engaged in interstate transport activities, the Interstate Escort Team will supplement the Holding Team and act as a force multiplying unit in the event a large law enforcement presence is required in a concentrated area or during a critical incident.

**Demolition Team**: Numerous unauthorized range improvements are present within the New Trespass Lands area. A team from the BLM-SNDO will be tasked with removing these improvements. The SNDO team will often work outside the immediate trap area and may be operating a significant distance from other operational assets. The Demolition Security Team, working as a dual unit, will accompany the SNDO employees and provide for their security at all times while they are working in the New Trespass Lands area. They will escort the SNDO team into, and out of, the operational area each day. The Demolition Team will periodically notify dispatch and the Security/Off-Site Commander of the team's location and status. In the event the Demolition Team requires additional law enforcement assets, the Security/Off-Site Commander will coordinate with the Operations Section Chief to dispatch the Interstate Transport Team, the Investigative Team, or the Interdiction Team.

**Closure Team**: The Closure Team will form the outer ring of security for trap operations. They will work as single units in marked BLM patrol vehicles and will be stationed along roads, OHV routes, and/or washes which allow access to the area of operation. Closure Team units will prevent unauthorized individuals from entering the Closure Area boundaries and encroaching

This report is property of the BLM, Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for **OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited.
Public availability to be determined by 5 U. S. C. 552.




on trap operations. Coverage of the closure area will be dependent on the published Closure Order, and will be determined by the daily IAP. The daily operational area will be outlined in the IAP. However, management has identified three key strategically placed closures. Maintaining these closures 24 hours a day are important to sealing off the operational area to mitigate the possibility of sabotage, depredation of public lands/equipment, and overall safety of operational personnel. The key closure points are as follows:

One unit in a static position on the road southeast of the Bundy residence (on the backside of the ridgeline). Another unit will be stationed in a static position southwest of the Bundy residence on Gold Butte Road on public land. A third unit will be placed at the NPS Forward Operating Base (FOB) on the primary route road. There will be one roving rapid response unit and a roving supervisor. During day shift, the closures will be maintained by the Closure Team. During night shift, the closures will be maintained by Rangers with rapid response from PWR-SETT.

**Auction Team**: The Auction Team will be stationed in Richfield, UT. Auction Team members will operate as single units in BLM patrol vehicles. They will provide 24 hour security for impounded cattle at the 'R' Livestock Sale Barn in Monroe, UT. The Auction Team Leader will coordinate security with the Sevier County Sheriff's Office and responding FBI personnel if applicable. In the event an individual, or group, attempts to access the impounded cattle, the Auction Team will intercede to protect the interests of the United States. All law enforcement action will be coordinated with the Sevier County Sheriff's Office. The Sevier County Sheriff's Office will be the primary law enforcement agency for incidents involving trespassing, interference with business operations at 'R' Livestock, and person-on-person crimes. The Utah Highway Patrol will be the primary law enforcement agency for incidents involving roadblocks or impeding travel on Interstate 70, Utah Highway 258, or Utah Highway 118.

The Auction Team will post one law enforcement unit at the BLM Richfield Field Office for security and to monitor any demonstration activity. The Richfield Field Office unit will protect all federal government property and personnel from vandalism, theft, or personal injury. The unit will coordinate investigative efforts and law enforcement action with the Auction Team Leader and the Sevier County Sheriff's Office.

The Auction Team Leader will provide the Operations Section Chief with updates regarding the integrity of security operations at 'R' Livestock, the Richfield Field Office, and any law enforcement action taken related to the operation in the Richfield, UT area.

**PIO/Media Escort Team**: The PIO/Media Escort Team will provide security for participating federal agency Public Information Officers (PIOs) and credentialed media at the designated media staging area. Federal agency PIOs will be responsible for checking and identifying legitimate media credentials. If an individual attempts to gain access to the media staging area without legitimate media credentials, a federal agency PIO will notify a member of the PIO/Media Escort Team who will immediately evict the individual from the area. The media staging area is located within the boundaries of the Closure Order. The boundaries of the media staging area will be clearly marked with temporary fencing. The PIO/Media Escort Team will

This report is property of the BLM, Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for **OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.

***LAW ENFORCEMENT SENSITIVE***

escort authorized agency PIOs into operational areas, pending prior approval from the Security/Off-Site Commander. The PIO/Media Escort team will ensure credentialed, non-agency media personnel remain in the designated media staging area. Unescorted media personnel leaving the designated media staging area and attempting to enter the operational area will be cited with violating the Closure Order.

**SNDO/Court Liaison Officer**: The SNDO/Court Liaison Officer will provide security for the Southern Nevada District Office (SNDO). The SNDO/Court Liaison Officer will be in an "on call" status in the event an arrest is made after hours by a law enforcement officer assigned to the event. The SNDO/Court Liaison Officer will coordinate and assist the transporting Investigative Team members with booking procedures. The SNDO/Court Liaison Officer will assume the lead "case agent" role after the arrestee is booked into jail. If a mass arrest is made, BLM Ranger Worfolk and NPS Ranger Reynolds will assist as needed. The SNDO/Court Liaison Officer will further be responsible for drafting the criminal complaint, transport of the arrestee from jail to the federal courthouse for the arrestee's initial appearance, and all subsequent court hearings.

**(Duties, Procedures, Protocols, and Rules specific to the Gold Butte Impound – Section #2)**

**MOVEMENT SUPPORT/REACTION TEAM:**
The Movement Support/Reaction Team (Movement Team) will be comprised of law enforcement officers from the NPS Pacific West Region Special Event Tactical Team (PWR-SETT) assigned to escort the contractors hired to gather the trespass cattle and BLM/NPS civilian employees into, and out of, the operational area each day. Movement Team members will be stationed at a Forward Operating Base (FOB), located near the intersection of SR 170 and Gold Butte Road. When any personnel assigned to the operation are traveling in close proximity to the Bundy residence, the Movement Team will secure the area and mitigate any potential threats allowing for unimpeded travel. The Movement Team will also act as a quick reaction force in the event of a critical incident. The Movement Team will work 12 hour shifts and be supervised by the Movement Support/Reaction Team Commander.

**(Duties, Procedures, Protocols, and Rules specific to the Gold Butte Impound – Section #2)**

**NIGHT OPERATIONS:**
The Night Operations section will be staffed by law enforcement officers assigned to Night LP/OP Teams, ICP/Holding Security, and Airport Security. There will also be officers assigned to conduct high visibility patrol in, and around, area hotels utilized during the operation. PWR-SETT will provide FOB security and mobile force protection response for any Night Operations unit requiring additional assets. Night Operations will work 12 hour shifts and will be supervised by the Night Operation Commander.

**LP/OP Teams (Night Shift):** LP/OP Teams will be strategically placed at elevated positions around the Bundy residence each evening. They will operate as dual units and maintain a 360-degree visual surveillance of the Bundy residence at all times when feasible. The LP/OP Teams will have the option of using ATVs, UTVs and/or motorcycles depending on the terrain of the operational area. The LP/OP Teams will wear multi-cam attire with subdued police markings and operate as covertly as possible. The LP/OP Teams will be responsible for

This report is property of the BLM, Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for **OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.




identifying vehicles, OHVs, or individuals entering or leaving the Bundy residence and attempting to enter the area of operation in violation of the Closure Order or attempting to interfere with the operation in any way. The LP/OP Teams will relay the location and identifying information of potential threats to the LP/OP Response unit and/or the PWR-SETT who will take the appropriate action.

LP/OP Teams will utilize binoculars, spotting scopes, night vision goggles, and thermal imaging devices as appropriate to maintain visual surveillance of the Bundy residence. The LP/OP Teams will have agency issued rifles with them at all times. Team members will not utilize rifle optics to conduct surveillance unless they identify a threat and deem the use of deadly force may be eminent.

**Loading/Holding/ICP Team (Night Shift):** The night Loading/Holding/ICP Team (Night Holding Team) will be stationed at the main cattle holding area and the ICP. Members, operating as single units in marked vehicles, will be responsible for securing the area immediately adjacent to the ICP. They will control access to the ICP by preventing unauthorized individuals from entering the area via I-15, under the I-15 overpass, or via surrounding gravel access roads. Units will provide security in, and around, the area of the ICP occupied by the government contractor and the cattle holding pens. In the event a critical incident occurs at, or near, the ICP, the Night Holding Team Leader will notify the PWR-SETT Team Leader who will deploy units from the FOB to respond.

**Helicopter Security**: When gather operations are concluded at the end of each Day Shift, the contractors will park their helicopters at the Mesquite Airport. The helicopters must be secured until the following morning. The Airport Security Officer must ensure unauthorized personnel do not attempt to access the helicopters or interfere with the operation by vandalizing or sabotaging the helicopters. The Helicopter Security Officer will operate in a marked vehicle as a single unit in BLM uniform. The Airport Security Officer will work closely with the Mesquite Police Department in the event of an incident. The Airport Security Officer will establish and maintain radio communications with the PWR-SETT Team Leader and the Roving Response Team who will deploy additional law enforcement assets in the event of an incident at the Mesquite Airport.

**Hotel Security Team**: During this operation, federal officers, employees, and contractors will be primarily housed at the Virgin River, the Holiday Inn Express, and the Best Western in Mesquite, NV. The Hotel Security Team will operate in BLM uniform as single units in marked vehicles. They will provide high visibility patrol at the above hotels to deter vandalism, sabotage, or damage to government property. The Hotel Security Team will establish and maintain radio contact with the PWR-SETT Team Leader who may deploy additional law enforcement assets in the event of an incident at one of the hotels. The Hotel Security Team Leader will also establish contact with the Mesquite Police Department.

**(Duties, Procedures, Protocols, and Rules specific to the Gold Butte Impound – Section #2)**

This report is property of the BLM, Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for **OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.

**WATER OPERATIONS:**

When cattle impound operations are scheduled to take place in and around the Overton Arm of Lake Mead, a NPS law enforcement vessel will be staged at Echo Bay for emergency response. In the event of an emergency/incident the Unified Command will deploy qualified PWR-SETT and/or Lake Mead personnel to respond to the incident.

**FBI – SWAT:**

The FBI will stage two SWAT teams, a helicopter outfitted with FLIR and other specialized equipment, a Mine Resistant Armor Protected Vehicle (MRAP) and two hostage negotiators at the Forward Operating Base (FOB). The primary role for FBI is to respond to assaults on federal officers, significant acts of violence, or officer involved shootings. The SWAT team will be located at the FOB with PWR-SETT. The FBI will have a designated supervisor stationed at the ICP.

**MEDICAL OPERATIONS:**

The Medical Operations section will be comprised of three BLM Special Agents and two U.S. Department of Health and Human Services (HHS) tactical medics. The Medical Operations section will be responsible for providing on scene medical care and services to all federal employees involved in the operation. The Medical Operations section will deploy two personnel to the area of operation each day and maintain a medical trailer staffed by two personnel at the ICP. Medical Operations will liaison with area trauma centers, medical transport assets, and LVMPD Search and Rescue. The Medical Operations section will also liaison with the on-site FBI SWAT team which will have personnel transport capability via helicopter.

**(Duties, Procedures, Protocols, and Rules specific to the Gold Butte Impound – Section #2)**

## GATHER OPERATIONS

Cattle will be rounded up daily and held in a "holding area". The cattle will be inspected by Nevada brand inspectors, veterinarians, and/or other specialists before being transported from the holding area. Cattle bearing the Bundy brand will become property of the United States. Stray/unbranded cattle will be segregated and become the property of the Nevada Department of Agriculture. The Bundy branded and stray/unbranded cattle will be transported to the 'R' Livestock Sale Barn by the operation contractor.

Branded cattle from other ranchers will also be segregated. The Nevada Brand Inspector will attempt to contact the lawful owner and afforded the owner an opportunity to retrieve the cattle. These cattle will be held for up to five days at the holding facility prior to being transported.

## TACTICS

A closure order will be in effect during the operation. LEOs will enforce the closure order and applicable federal laws and regulations. LEOs will also provide security for contractors and civilian BLM/NPS employees during the gather as well as at the holding facility, the ICP, other strategic locations, and during the transport of cattle.

The operation around the trap site will use a three tiered security perimeter. The trap site perimeter

This report is property of the BLM, Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for **OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.




will be maintained by the LEOs assigned to the Trap Team. They will provide an inner ring of security in close proximity to the trap location. A middle perimeter will be maintained by the Interdiction Teams. An outer perimeter will be maintained by the Closure Team.

Unauthorized range improvements will be removed by the Demolition Team. LEOs will provide security for this unit. Some range improvements that are on, or connected to, historic spring sites may not be removed during this operation. BLM civilian personnel from the SNDO will make the final determination on unauthorized range improvement removal.

## EVIDENCE AND ARRESTS

**SEIZURES:**

Seizure of cattle will be in accordance with procedures stated in the daily Incident Action Plan (IAP). Seizure of other evidence will be documented using appropriate forms and storage methods. Any evidence collected will be signed over to the Investigative Team. The Investigative Team will coordinate with local Rangers and the SNDO Special Agent not assigned to the operation to transport evidence to the Southern Nevada District Office or Lake Mead Facility for long term storage.

**(Duties, Procedures, Protocols, and Rules specific to the Gold Butte Impound – Section #2)**

**ARRESTS:**

Any arrests made by a Federal LEO assigned to a team need to be coordinated through the LEO's team leader and section Commander. The section Commander is responsible for informing the Operations Section Chief who will contact the U.S. Attorney's Office and brief the Unified Command in a timely manner. The Operations Section Chief will also coordinate the arrest with the BLM's SNDO Security/Court Liaison Officer. The arresting officer will complete an IMARS report before the end of shift, which will be reviewed by either the Trap Operations Commander or Security/Off-Site Commander and approved by the Operations Section Chief. Once the report is approved, it will be provided to the SNDO Security/Court Liaison Officer for the criminal complaint.

**(BLM Arrest Procedures – Section #14)**

| **JAIL:** | **COURTHOUSE:** |
|---|---|
| Henderson City Jail<br>243 South Water St<br>Henderson, NV 89015<br>DESK: 702-267-5245<br>FAX: 702-267-4601 | United States District Courthouse<br>333 South Las Vegas Blvd<br>Las Vegas, NV 89101<br>DESK: 702-464-5400 |

## MEDIA

The BLM, NPS, FBI, and U.S. Attorney's Office have designated media relations personnel. All media inquiries should be forwarded to the Unified Command.

**(See Media Plan – Section #10).**

## COMMUNICATIONS

Dispatch will be located at the Incident Command Post and their call sign is "Control"

This report is property of the BLM, Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for **OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.