THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
      COUNSEL/PARTIES OF RECORD

DEC 2 0 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

        Defendants.

2:16-cr-46-GMN-PAL-1-4

# ***SEALED***

# JURY NOTES

For Use by Court Only

Jury Note #: 1

# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

          Defendants.

2:16-cr-46-GMN-PAL-1-4

## NOTE FROM THE JURY

I'm Juror 29 I can be availible for court 11-16-17 at 11:30 am after my doctor's appointment.

For Use by Court Only

Jury Note #: 2

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY, and<br>RYAN W. PAYNE,<br><br>        Defendants. | 2:16-cr-46-GMN-PAL-1-4 |

## NOTE FROM THE JURY

Was there any study or examination of any new improvments placed on public land? And if so ~~there~~ were they marked or made note ~~of~~ of in a offical capocity.

# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-46-GMN-PAL-1-4 |
| vs. | |
| CLIVEN D. BUNDY, RYAN C. BUNDY, AMMON E. BUNDY, and RYAN W. PAYNE, | |
| Defendants. | |

## NOTE FROM THE JURY

1. Who is in the Authority of the water rights?
2. Why wasn't the AUM count assessed ~~correctly~~ correctly?
3. ~~The~~ Was it possible to own the land as well as the water? (Bundys)

| For Use by Court Only |
|---|
| Jury Note #: 4 |

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \* \*

| |
|---|
| UNITED STATES OF AMERICA, |
| Plaintiff, |
| vs. |
| CLIVEN D. BUNDY, |
| RYAN C. BUNDY, |
| AMMON E. BUNDY, and |
| RYAN W. PAYNE, |
| Defendants. |

2:16-cr-46-GMN-PAL-1-4

## NOTE FROM THE JURY

Who specifically makes the final decision for land use in the process planning meeting?

Who's the person?

For Use by Court Only

Jury Note #: 6

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

          Defendants.

2:16-cr-46-GMN-PAL-1-4

## NOTE FROM THE JURY

Where is Mr. David Bundy now?

For Use by Court Only

Jury Note #: 6

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### * * * *

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

Defendants.

2:16-cr-46-GMN-PAL-1-4

## NOTE FROM THE JURY

or pictographs
Were there actually any Desert Tortoise found in Bundy's
allotment?

are you in charge who declares the water rights?
who is responsible for maintaining the allotment borders?
Are they fenced?
What other efforts were made by the BLM
other than impoundment or fees to lessen the
potential harm to the land or animals
was Bundy's allotment overgrazed.
Can the allotment be repositioned or boundaries
repositioned?

For Use by Court Only

Jury Note #: 7

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

         Defendants.

2:16-cr-46-GMN-PAL-1-4

Redacted w/o objection

(JUROR # ■)

## NOTE FROM THE JURY

Q1 # WHAT ARE ARTICLES FROM CONSTITUTION RYAN BUNDY PRESENTED IN THE COURT.

Q2 # WHICH COURT (FEDERAL OR STATE) ISSUE THE IMPOUNDMENT JUDGEMENT IN THE STATE OF NEVADA?

For Use by Court Only

Jury Note #:  8

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

               Defendants.

2:16-cr-46-GMN-PAL-1-4

## NOTE FROM THE JURY

#1 When witness Mr. Petrie stated that Mr. Bundy blocked a BLM employee in & called Metro he stated Metro never showed up.

#1 - are these calls recorded.

#2 - do we have that recording

#2 Can you explain 1967 vs 2016 water rights further

| For Use by Court Only |
| --- |
| Jury Note #:  9 |

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

| | |
| --- | --- |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-46-GMN-PAL-1-4 |
| vs. | |
| CLIVEN D. BUNDY, | |
| RYAN C. BUNDY, | |
| AMMON E. BUNDY, and | |
| RYAN W. PAYNE, | |
| Defendants. | |

## NOTE FROM THE JURY

When the BLM offered to sell off the cattle and give the proceeds the Bundy's, What Was the monetary amount projected to be equivalent to what they could get if they sold the cattle themselves at the optimum time?

For Use by Court Only

Jury Note #: _10_

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

          Defendants.

2:16-cr-46-GMN-PAL-1-4

### NOTE FROM THE JURY

The team Considerable Restraint was used, in that the Government Authorities had not seized and Impounded the Trespassing cattle from the Court order. Was the Appeals on-going during this whole time?

| For Use by Court Only |
| --- |
| Jury Note #:  *11* |

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### * * * *

| | |
| --- | --- |
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY, and<br>RYAN W. PAYNE,<br><br>          Defendants. | 2:16-cr-46-GMN-PAL-1-4 |

## NOTE FROM THE JURY

Water Rights for State of Nevada
Stockton Water Rights?

For Use by Court Only

Jury Note #: _12_

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \* \*

UNITED STATES OF AMERICA,

             Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

             Defendants.

2:16-cr-46-GMN-PAL-1-4

## NOTE FROM THE JURY

In the Email sent
was Ryan Payne, Ryan Bundy, p
or Amon Bundy mentioned at All?

For Use by Court Only

Jury Note #: _13_

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

        Defendants.

2:16-cr-46-GMN-PAL-1-4

## NOTE FROM THE JURY

Do you Know whether

① CLARIFICATION: DID THE "NEWSPAPER" OR "MEDIA" MENTIONED EARLIER SPEAK W/ CLIVEN BUNDY TO OBTAIN INFORMATION WHICH WAS PRINTED OR WAS THE INFO OBTAINED VIA 3RD PARTY?

DISREGARD - JURY WILL BE PROVIDED ANY STATUTES APPLICABLE

② ~~REGARDING FOOTNOTE #3 IN GOV'T ▓▓▓ EXHIBIT #11 WHAT STATUTE IS BEING REFERRED TO THAT~~ THE UNITED STATES DID NOT AGREE ~~WITH STATE OF NV'S CHARACTERIZATION.~~

X ③ RE: EXH#8000-52 CAN ANY GENERAL INFO BE PROVIDED AS TO THE EVENTS RE, "WHAT FEDERAL AGENTS DID AT RUBY RIDGE AND WACO" TO DEMONSTRATE C. BUNDY'S FRAME OF MIND WHEN HE WROTE THIS CONSTRUCTIVE NOTICE?

For Use by Court Only

Jury Note #: 14

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

        Defendants.

2:16-cr-46-GMN-PAL-1-4

## NOTE FROM THE JURY

Water rights. How far does the Bundy's water Rights go does it goes beyond their land?

For Use by Court Only

Jury Note #: *15*

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

                    Defendants.

2:16-cr-46-GMN-PAL-1-4

### NOTE FROM THE JURY

1. What Good is a permit for Grazing w/out water Rights.

2. Could The Bundys'

For Use by Court Only

Jury Note #: 16

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

          Defendants.

2:16-cr-46-GMN-PAL-1-4

## NOTE FROM THE JURY

1  Can you explain:
    One party consensual monitoring?

2  Can you explain the nature of
    the March 18th call from
    Ryan Bundy?

For Use by Court Only

Jury Note #: 17

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

Defendants.

2:16-cr-46-GMN-PAL-1-4

## NOTE FROM THE JURY

WHAT IS A "CATTI TRAP"?

For Use by Court Only

Jury Note #: 18

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

        Defendants.

2:16-cr-46-GMN-PAL-1-4

## NOTE FROM THE JURY

*Do you know*

Why did the BLM Law Enforcement and Security Department bring in new agents not familiar with the case to ~~&~~ talk with the Bundys and not agents who already knew the case?

For Use by Court Only

Jury Note #: *19*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

                Defendants.

2:16-cr-46-GMN-PAL-1-4

## NOTE FROM THE JURY

1. WHAT is "STATE SOLVENTRY"

2. MR. ShiLAiKAs stated yesterday to Mr. Whipple That it wasNT his intentions to record Mr. Bundys' STATEMENTS, BUT AFTERWARDs he stated to Mr. Whipple That he Always RECORDs STATEMENTS As pART OF AN INVESTIGATION. So, is it Policy by BLM to record witness statements or NOT?

For Use by Court Only

Jury Note #: _20_

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## * * * *

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

          Defendants.

2:16-cr-46-GMN-PAL-1-4

### NOTE FROM THE JURY

During Testimony witness said he never read the Court orders 2 During Conversation assignments where you are there to enforce a court order. Is it Why would you not read and understand the Order (s) you were tasked to serve/enforce.

For Use by Court Only

Jury Note #:  21

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

               Defendants.

2:16-cr-46-GMN-PAL-1-4

## NOTE FROM THE JURY

no evidence X

Does BLM have the authority to instruct the county Sheriff to not interfier With the impoundment?

| For Use by Court Only |
| --- |
| Jury Note #:  |

# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * * *

| | |
| --- | --- |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY, and<br>RYAN W. PAYNE,<br><br>                    Defendants. | 2:16-cr-46-GMN-PAL-1-4 |

### NOTE FROM THE JURY

Was it planed to not record Mr. Cox's call on the morning of the 18th? IF So Why or why not?

For Use by Court Only

Jury Note #: 23

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

          Defendants.

2:16-cr-46-GMN-PAL-1-4

## NOTE FROM THE JURY

What is a one party consent? And where does the law state it is legal to record a phone call

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### * * * *

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

          Defendants.

2:16-cr-46-GMN-PAL-1-4

DISREGARD

## NOTE FROM THE JURY

Do You Know

① CLARIFICATION: SPECIAL AGENT JOHNSON DID NOT TELL R. BUNDY THE TRUTH WHEN QUESTIONED ABOUT BEING RECORDED DURING A CONVERSATION ON 3/17?

| For Use by Court Only | |
| --- | --- |
| Jury Note #: | 25 |

# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## * * * *

| | |
| --- | --- |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY, and<br>RYAN W. PAYNE,<br><br>                    Defendants. | 2:16-cr-46-GMN-PAL-1-4 |

## NOTE FROM THE JURY

Why was the question asked. "what are your intentions with regards to impounding cattle" did youor (sa) as

| For Use by Court Only |
|---|
| Jury Note #:   26 |

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

        Defendants.

2:16-cr-46-GMN-PAL-1-4

## NOTE FROM THE JURY

hearsay

Can the memorandum of activity from Mar 17/18, 2014 be published to the jury?

Is a federal agent of any [your] government agency required to let another person know in advance if they are being recorded by video or audio before asking any questions?

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * *

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CLIVEN D. BUNDY,
RYAN C. BUNDY,
AMMON E. BUNDY, and
RYAN W. PAYNE,

        Defendants.

2:16-cr-46-GMN-PAL-1-4

## NOTE FROM THE JURY

*speculative*
X

— What was your opinion about Special Agent Michael Johnson telling Ryan Bundy that the previous conversation on March 17th was not recorded.

— To your knowledge did Michael Johnson *disclose in the report* report, that he told Ryan Bundy that their conversation on March 17th was not recorded