STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
Nevada Bar No. 9635
DANIEL R. SCHIESS
NADIA AHMED
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
steven.myhre@usdoj.gov
dan.schiess@usdoj.gov
nadia.ahmed@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN W. PAYNE, et al.,<br><br>　　　　　Defendants. | 2:16-CR-00046-GMN-PAL<br><br>**MOTION FOR LEAVE TO FILE BRIEF OVER PAGE LIMIT** |

　　　　The United States, by and through the undersigned, respectfully seeks leave to file a brief over the standard 30-page limit set forth in LCR 47-2.

　　　　On December 20, 2017, the Court declared a mistrial and reset trial for February 26, 2018. The Court also ordered the parties to file simultaneous briefs addressing whether the mistrial should be with or without prejudice.

　　　　The government respectfully moves for leave to file a brief exceeding the 30-page limit, not to exceed 50 pages. Due to the number of issues raised at the December 20, 2017 hearing, and in light of the need to thoroughly address all of the

factors relevant to a declaration of mistrial and the issue of prejudice, the government seeks leave to file an expanded brief.

**WHEREFORE**, for the foregoing reason, the government respectfully seeks leave of this Court to file a brief exceeding the 30-page limit, not to exceed 50 pages.

**DATED** this 29th day of December, 2017.

Respectfully,

STEVEN W. MYHRE
Acting United States Attorney

*//s// Nadia J. Ahmed*
_____
NADIA J. AHMED
DANIEL R. SCHIESS
Assistant United States Attorneys

*Attorneys for the United States*

# CERTIFICATE OF SERVICE

I certify that I am an employee of the United States Attorney's Office.  A copy of the foregoing **MOTION FOR LEAVE TO FILE BRIEF OVER PAGE LIMIT** was served upon counsel of record, via Electronic Case Filing (ECF) and Pro Se defendant RYAN BUNDY at the following email address:

C4cfforall@gmail.com

**DATED** this 29th day of December, 2017.

*//s// Nadia J. Ahmed*
_____
NADIA AHMED
Assistant United States Attorney