**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY, and<br>RYAN W. PAYNE,<br><br>   Defendants. | 2:16-cr-46-GMN-PAL-1-4<br><br>DATE: January 8, 2018<br><br>Courtroom 7C |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich   COURT REPORTER: Heather Newman

COUNSEL FOR PLAINTIFF:  Steven Myhre, Daniel Schiess and Nadia Ahmed with FBI Agents Joel Willis and Sharon Gavin

COUNSEL FOR DEFENDANT:  Bret Whipple, Maysoun Fletcher (Stand-by Counsel for Ryan Bundy), Daniel Hill, Jay Morgan Philpot, Brenda Weksler, Shari Kaufman and Ryan Norwood

COUNSEL FOR INTERVENOR: Margaret McLetchie

PRETRIAL SERVICES OFFICER: Zack Bowen

MINUTES OF PROCEEDINGS: Hearing on Motions to Dismiss (ECF Nos. 2,883 and 2,906) and Motion to Unseal Court Documents (ECF No. 3,010)

9:27 a.m.  The Court convenes.  The Court admonishes the parties regarding courtroom demeanor.  The Court **GRANTS** Cliven Bundy's Motion for Joinder (ECF No. 3096).  The Court makes findings as stated on the record.  The Court **GRANTS** Defendants' Motions to Dismiss with Prejudice, (ECF Nos. 2883 (public document #3057), 2906 (public document #3058), 3082, 3085 (public document #3087 and 3088).  **Defendants Cliven Bundy, Ryan Bundy, Ammon Bundy and Ryan Payne are DISMISSED WITH PREJUDICE.**  The Court hereby vacates the detention orders for Cliven Bundy.  The Court further vacates the Pretrial Release Orders and exonerates the bonds of Ryan Payne, Ryan Bundy, and Ammon Bundy.  The calendar call & Trial date is likewise vacated as to these defendants.  The Court Orders Mr. Ryan Payne to report to the US Marshal's Office at the conclusion of the hearing in compliance with Judge Brown's order from the District of Oregon.  The trial for the remaining Defendants (Melvin D. Bundy, David H. Bundy, Joseph O'Shaughnessy, and Jason D. Woods) is set for Monday, February 26, 2018, at 8:30 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.  Calendar Call is set for Thursday, February 15, 2018, at 9:00 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.

9:57 a.m.  The Court stands at recess for a morning break.

10:37 a.m.  The Court reconvenes.  The Court makes preliminary statements.  The Court hears arguments on the Motion to Unseal Court Documents (ECF No. 3,010).  The Court **GRANTS IN PART AND DENIES IN PART** the Motion to Unseal Court Documents (ECF No. 3,010).  The Court instructs the parties to review previously sealed documents and to refile redacted versions, if possible.  This issue is referred to Magistrate Judge Leen for the setting of a status check within the next three weeks, if possible, regarding any remaining sealed documents and to determine if a timeline or procedure for handling the redaction or unsealing of sealed documents.

11:24 a.m.  The Court stands at recess.


DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Aaron Blazevich, Deputy Clerk