AO 245A  (Rev. 12/03) Judgment of Dismissal

# UNITED STATES DISTRICT COURT

DISTRICT OF  NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT OF DISMISSAL** |
| V. | |
| CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY, and<br>RYAN W. PAYNE, | CASE NUMBER: 2:16-cr-00046-GMN-PAL-1-4 |

   IT IS ORDERED that the Superseding Criminal Indictment against Defendants Cliven D. Bundy, Ryan C. Bundy, Ammon E. Bundy and Ryan W. Payne is DISMISSED WITH PREJUDICE.

_____
Signature of Judge

Gloria M. Navarro, Chief Judge U.S. District Court
Name of Judge            Title of Judge

January 8, 2018
            Date