UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 13 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CLIVEN D. BUNDY.  _____  CLIVEN D. BUNDY, AKA Cliven Bundy,  Petitioner,  v.  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,  Respondent,  UNITED STATES OF AMERICA,  Real Party in Interest. | No. 18-70359  D.C. No. 2:16-cr-00046-GMN-PAL-1 District of Nevada, Las Vegas  ORDER |

Before: W. FLETCHER, GOULD, and BYBEE, Circuit Judges.

Petitioner's request that Judge Bybee be recused from this matter is denied.

This supplemented petition for a writ of mandamus raises issues that warrant an answer. *See* Fed. R. App. P. 21(b). Accordingly, within 14 days after the date of this order, the real party in interest shall file an answer.

The district court, within 14 days after the date of this order, may address the petition if it so desires. The district court may elect to file an answer with this

AT/MOATT

court or to issue an order and serve a copy on this court. Petitioner may file a reply within 5 days after service of the answer(s).

All other pending requests will be addressed by separate order.

The Clerk shall serve this order on the district court and District Judge Navarro.