DAYLE ELIESON
United States Attorney
District of Nevada
ELIZABETH O. WHITE
Appellate Chief
STEVEN W. MYHRE
NADIA J. AHMED
DANIEL R. SCHIESS
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
elizabeth.o.white@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLIVEN D. BUNDY,<br>RYAN C. BUNDY,<br>AMMON E. BUNDY, and<br>RYAN W. PAYNE,<br><br>Defendants. | 2:16-CR-46-GMN-PAL<br><br>**GOVERNMENT'S PROTECTIVE NOTICE OF APPEAL** |

Pursuant to 18 U.S.C. § 3731, the United States hereby files this protective notice of appeal to the United States Court of Appeals for the Ninth Circuit from the district court's orders dismissing with prejudice the superseding indictment against the above-named defendants in this criminal case, ECF Nos. 3116 (minutes of January 8, 2018 proceedings), 3117 (January 8, 2018 judgment of dismissal); *see*

1

ECF No. 3122 (transcript of oral ruling); and from its July 3, 2018, order denying the government's timely motion for reconsideration of those orders. ECF No. 3273.

**DATED** this 2nd day of August, 2018.

          Respectfully submitted,

          DAYLE ELIESON
          United States Attorney

          *s/Elizabeth O. White*
          ELIZABETH O. WHITE
          Appellate Chief

          STEVEN W. MYHRE
          NADIA J. AHMED
          DANIEL R. SCHIESS
          Assistant United States Attorneys

          *Attorneys for the United States*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **GOVERNMENT'S PROTECTIVE NOTICE OF APPEAL** was served upon counsel of record via em/ecf and to *Pro Se* Defendant, Ryan C. Bundy, at the following email address:

c4cfforall@gmail.com

**DATED** this 2nd day of August, 2018.

*s/Elizabeth O. White*
ELIZABETH O. WHITE
Appellate Chief and
Assistant United States Attorney